```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION

           _____


UNITED STATES OF AMERICA      : 4:24-cr-00034-CDL-CHW

            VS.               : OCTOBER 28, 2024

MARQUARIAS HALL,              : COLUMBUS, GEORGIA
DEFENDANT

_____
```

TRANSCRIPT OF THE DETENTION HEARING
BEFORE THE HONORABLE CHARLES H. WEIGLE,
UNITED STATES MAGISTRATE JUDGE

<u>APPEARANCES</u>:

<u>FOR THE GOVERNMENT</u>:

MS. VERONICA HANSIS, 300 MULBERRY ST, STE 400 MACON, GA 31201

478-752-3511 Email: veronica.hansis@usdoj.gov

LEAD ATTORNEY

ATTORNEY TO BE NOTICED

Designation: Government Attorney


<u>FOR THE DEFENDANT</u>:
MR. BARRY DEBROW , JR 246 BULLSBORO DR STE A NEWNAN, GA 30263

470-683-4403 Email: bdebrow@stricklanddebrow.com

ATTORNEY TO BE NOTICED

Designation: Retained

_____

JOAN DRAMMEH, CVR, CCR

JOAN_DRAMMEH@GAMD.USCOURTS.GOV

INDEX

LAUREN PAUL, FBI SPECIAL AGENT

Direct Examination By The Ausa ..................5

Cross Examination By Defense Counsel ...........26

Redirect Examination By The Ausa ...............38

Recross Examination By Defense Counsel .........40

GOVERNMENT'S EXHIBITS 1-8 ADMITTED          13     5
GOVERNMENT'S EXHIBITS 9-19 ADMITTED         15    13
GOVERNMENT'S EXHIBIT 20 ADMITTED            17    21
GOVERNMENT'S EXHIBIT 21 ADMITTED            19    21
GOVERNMENT'S EXHIBITS 22-26 ADMITTED        25    10
GOVERNMENT'S EXHIBIT NO. 27 ADMITTED        26     3

--- *PROCEEDINGS* ---

THE COURT:  We have two detention hearings on the calendar for the conclusion of our calendar today.  First in case number 4:24-CR-00034 and 31 the United States vs. Marquarias Hall.  Let's start with Mr. Hall's case.  We were here a few days ago last week to go over the charges and enter a plea.  The plea had to be continued and the motion for detention.  Is everybody ready to go forward on that?  This is Ms. Hansis' case.

THE AUSA:  I am handling it, Your Honor.  I don't believe Mr. Hall has of yet entered his change of plea.  We did not take that up last week.

DEFENSE COUNSEL:  That's correct Judge.  We still need to execute the Rule 10.

THE COURT:  Do you all have a plea form to do that?

DEFENSE COUNSEL:  Not in front of me.

THE AUSA:  I did provide a copy of the plea form and the indictment last week.  I do not have extra copies in front of me.

THE COURT:  We can put one together if we have to or we can just take an oral plea.  Do we have a blank?  We're going to need two of them.  Mr. Debrow, why don't we get them to sign the guilty pleas --

DEFENSE COUNSEL:  I didn't see them arrive.

THE COURT:  -- and then we will get to the meat of

things.

DEFENSE COUNSEL:  It has been signed and executed by the Defendant but not by the Government yet.

THE COURT:  Ms. Hansis needs to sign those.

All right, so we will enter both of those not guilty pleas on the record of each case and notify Judge Land that it is ready to bet set down for trial so he can start scheduling that.  A pretrial order will be entered as to both cases and also the Rule 5 disclosure as to Brady v. Maryland which I've already discussed in the previous case so I won't go over those obligations again.  The Government is aware and on notice of the requirements of Brady and its duty to disclose exculpatory evidence in its possession.

That leaves us with the Government's motion for detention.  Are you all ready to go ahead?

THE AUSA:  Yes, Your Honor, the Government is prepared to proceed today.

DEFENSE COUNSEL:  We are prepared judge.

THE COURT:  Let me hear from the Government first, Ms. Hansis.

THE AUSA:  Your Honor, the Government has filed motions to detain on each case.  We have moved on the grounds that this Defendant is both a flight risk and a danger to the community.  Neither case presents a rebuttable presumption case.  We do intend to present evidence and I have Agent

Lauren Paul prepared to testify before the Court this afternoon.  You can go ahead and call her.

THE COURT:  All right.

COURTROOM DEPUTY:  Do solemnly swear that the testimony you're about to give will be the truth, the whole truth, and nothing but the truth so help you God?

THE WITNESS:  I do.

COURTROOM DEPUTY:  Stay here for slash name.

THE WITNESS:  My name is Lauren Paul, L-A-U-R-E-N, P-A-U-L.

LAUREN PAUL, FBI SPECIAL AGENT

Whereupon, witness having been duly sworn,

testified as follows:

DIRECT EXAMINATION

BY THE AUSA:

Q    Agent Paul, where are you currently employed?

A    The Federal Bureau of Investigation.

Q    In what capacity are you employed with the FBI?

A    Special Agent.

Q    How long have you worked for the FBI?

A    Since December of 2022.

Q    Could you briefly describe your job responsibilities for the Court?

A    Yes.  I investigate violations of federal criminal law, specifically Title 1821.  I specialize in financial

crimes.

Q   I want to turn first to indictment number 4:24-CR-00034, which charges this Defendant with one count of conspiracy to commit bank fraud, 13 counts of bank fraud, and four counts of false statements to the SEC.  In April of 2022, did USAA and Navy Federal Credit Union report an on-going consumer loan fraud scheme to the Federal Deposit Insurance Corporation, Office of the Inspector General?

A   Yes.

Q   Can you just explain generally to the Court that consumer fraud scheme that forms the basis of that indictment?

A   Sure.  Mr. Marquarias Hall used purported car dealerships to apply for and obtain fraudulent auto loans that were purportedly for customers buying used vehicles.  At no time did they actually possess the vehicles that formed the basis for these auto loans.  And then his codefendant, Quine Gray and Jasmine Grames, worked as recruiters for Mr. Hall for these personal funding opportunities.  And in actuality the personal funding opportunities were the submission of these fraudulent auto loan applications that were coming through Navy Federal and USAA.

They looked for clients that had request credit history so a 640 minimum of a credit score and also certain bank affiliations, as I mentioned Navy Federal

and USAA.  They loan applications identified high-end luxury vehicles as the collateral for these loans.  And so once these loans were approved the funds were then deposited into Mr. Hall's bank accounts.  And after that a portion of those funds would then get transferred back to the borrower in this case with a percentage of that payment being kept for their fee.

Following this in some cases for an additional fee they would offer to falsely file an identity theft report with the Federal Trade Commission in which they falsely claim that the client or the borrower was a victim of identity theft.  They did this in an attempt to have the loan removed from the account so they did not have to pay back on those loan proceeds.  Overall, there was approximately 70 falsified loan applications and approximately $3.7 million that was secured in auto loans between Mr. Hall and his codefendants.

Q   The businesses that Mr. Hall used on each one of these auto loan applications that would be: Hall Automotive Corporation, Hall Enterprise Rental LLC, and JCH Automotive LLC?

A   Yes.  That's correct.

Q   Those are the three businesses that are at issue as part of this indictment, but how many businesses in total would be associated with Mr. Hall?

A    A variety.  There's got to be at least five to ten business in his name.

Q    I want to talk about the scheme that overlapped with this investigation.  Did the Defendant during this time period also fraudulently obtain loans and unemployment insurance through the COVID assistance programs?

A    Yes.  That's correct.

Q    Could you describe what he obtained and how?

A    Sure.  Mr. Hall obtained five paycheck protection program loans, also known as PPP loans, approximately $104,000 total.  He received approximately $50,000 EIDL loans from the SBA while simultaneously receiving unemployment benefits from the State of New York and the State of Georgia.  From New York he received approximately $16,000 and approximately $58,000 from State of Georgia.

Q    And as part of those PPP loan applications did he use different social security numbers for each one of those applications?

A    Yes.  There is a different Social Security number for each one of those application.

Q    Did he also use different birthdates on those applications?

A    I don't believe he did.

Q    Do the facts that you just describe form the basis for the second indictment that he is charged with case number

8:38:54AM    4:24-CR-00001?

A    Yes.

Q    As part of this case you executed a significant number of grand jury subpoenas and search warrants, is that correct?

A    That's correct.

Q    I want to show you what has been marked as Government's Exhibit 1.  I have provided copies --[inaudible]--

Your Honor, may I approach the witness?

THE COURT:  Yes.  Ms. Hansis, let me stop you try to be close to the microphone when you are asking questions since we don't have a court reporter in here.  There are a bunch of them but we might not hear if you're not close by.

BY THE AUSA:  [Resuming.]

Q    Do you recognize the documents that I just handed you?

A    I do.

Q    What are these documents?

A    These were obtained from Mr. Hall's Apple iCloud account that I obtained a search warrant for.  These are text messages between him and Ms. Grimes around January 2023 when I believe he learned he was under federal investigation.

Q    What are he and Ms. Grimes discussing in those text messages?

A    In these text messages they are discussing the original

case agent that began investigating this case.  Mr. Hall initiates the text by sending a photograph of the case agent's business card containing her first and last name. As you continue through the text messages there are screenshots and photos of that case agent's social media accounts including her Facebook profile, her mother-in-law's Facebook profile, her husband's account, including pictures of her family and her children along with a screenshot of property records containing her home address.

Q    What is the date range for those text messages?

A    Around January 2023.  They began on the 20th through the 23rd.

Q    Would that be around the time period that Mr. Hall learned that he was under federal investigation?

A    That's correct.

Q    The content of the text messages themselves, is there any writing in those text messages or is it just the images back-and-forth?

A    Not that I saw.  They were just images back and forth.

Q     (THE AUSA) Your Honor, may I approach the witness?

          THE COURT:  Yes.

BY THE AUSA:  [Resuming.]

Q    I'm now handing you Agent Paul what has been marked as Government's Exhibit 1-8.  Agent Paul, what is it that

8:42:16AM   I've just handed you?

A   These are the photos that were attached to Mr. Hall's text messages that he sent to Ms. Grimes.

Q   So those are just enlarged photographs that were essentially thumb tiles in Government's Exhibit 1?

A   That's correct.

Q   These were also obtained in response to that search warrant that you executed on Mr. Hall's Apple iCloud account?

A   That's correct.

Q   Could you explain to the Court what contained in those images?

A   Yes.  The first image we have here is the case agent's business card.  I will not that there has been some redaction in these to protect the agent's identity, at her request.  So the first one is her FBI business card. The second one is a screenshot from what appeared to be True People Search with her information on there, including her age and the city in which she lived in. The third one is going to be a photograph of the Columbus property records site; it has got a screenshot of her home address with her name and her husband's name on it. The next photo is a screenshot of her home address, again, using what I believe was True People Search online.  Another one from True People Search containing

her in-laws information.  Her name and her husband's name is also on there.  The next one is going to be her Facebook profile that contains photos of her husband and her children.  And I will note that the name on the Facebook account was a different name than what was on the business card.  Lastly, is a post from her mother-in-law who also had a different last name.

THE AUSA:  For the record, Your Honor, the Government would move to admit Government's Exhibits 1 through 8 into evidence.

DEFENSE COUNSEL:  Objection.  I'm not sure the purposes you're trying to admit these.  Are they supposed to be evidence that this was actually sent; or are looking for authentication; or is this for the purpose of this hearing?

THE COURT:  What's your objection?

DEFENSE COUNSEL:  I guess I'm looking for more foundation as to these documents and where they came from.  They do appear to be copies of something but I don't know who; where they were retrieved from; how they were gotten or any of that information.

THE COURT:  Her testimony was that they were retrieved from a search warrant that the Court issued to Apple iCloud for Mr. Hall's iCloud account.

THE AUSA:  That is correct Your Honor.  That is what the agent testified to.

8:45:10AM

THE COURT:  Do you need more authentication than that?

DEFENSE COUNSEL:  I'm not sure judge.  I haven't seen a copy of the search warrant at all.

THE COURT:  Well, I'm going to overrule the objection and they will be admitted.  Of course we under a little bit looser standards here than we would be in a trial.  Certainly they are sufficiently authenticated for my purposes.  I will overrule the objection.  They are admitted.

THE AUSA:  Thank you, Your Honor.  May approach the witness?

THE COURT:  Yes.

BY THE AUSA:  [Resuming.]

Q    Agent Paul, I have just handed you what has been marked as Government's Exhibits 9 through 13.  Were those images that were obtained in response to that search warrant we just discussed?

A    That's correct.

Q    Could you explain to the Court what is contained in those images?

A    Yes.  These are photos of the case agent and her family including her husband and her children.  She believed these may have been taken from her Facebook profile. There is additionally screenshots of what appears to be -- I don't know if it was her mother-in-law's profile or

someone else who may have tagged the mother-in-law in that profile.  Again, it has a different last name than the actual case agent, but it is in fact her mother-in-law; and then additional photos of her family and children; and any posts that may have tagged them in that.

Q   What I've just handed you, those are simply enlarged images of the text messages that were contained Government's Exhibit 1?

A   That's correct.

Q   Those were images that were sent from Jasmine Grimes to Marquarias Hall?

A   That's correct.

Q   Who is Jasmine Grimes in relation to this case?

A   Jasmine Grimes is codefendant in this case.

Q   I want to now hand you what's going to be marked as Government's Exhibit 19.  Agent Paul, what is that I've just handed you?

A   These again are text messages that were obtained pursuant to the Apple iCloud search warrant for Mr. Hall.  These are text messages between him and Rashaun Neely [phonetic].

Q   Could you explain to the Court what is contained in those text messages?

A   Yes.  It's a brief exchange via text where Mr. Hall sends

her what looks to be a vehicle or a car rental reservation. She asked, what name you used. He says Tevon Carter but it should be made out to Rashaun Neely. She says, okay. And within the case we did see the name Tevon Carter and believed it to be an alias utilized by Marquarias Hall. These text messages are showing that he is using that name for personal reservations.

Q   And what's the date range on those text messages?

A   June 5th, 2022 through June 6th, 2022.

        THE AUSA:  Your Honor, the Government would not move to admit Government's Exhibits 9-19.

        DEFENSE COUNSEL:  I am not going to object judge.

        THE COURT:  Those will all be admitted.

BY THE AUSA:  [Resuming.]

Q   As part of this investigation Agent Paul, did you also send a grand jury subpoena to Greystone Apartments in Columbus?

A   I did.

Q   Is that the residential address of: 2100 Old Guard Road, Apartment 1119?

A   That's correct.

Q   Is that the address that you were able to determine that Mr. Hall was residing?

A   It was, yes.

Q   What did you receive in response to that grand jury

subpoena?

A   We were at some point provided a lease application, rental agreement, proof of employment, financial statements, and a renewal letter and the layout for the apartment.

THE AUSA:  Your Honor, may I approach the witness?

THE COURT:  You may.

BY THE AUSA:  [Resuming.]

Q   Agent Paul, I just handed you what's been marked as Government's Exhibit 20; what is that that I just handed you?

A   This is the rental application for the apartment.

Q   Is that what you received in response to the grand jury subpoena that we just discussed?

A   Yes, it is.

Q   Does that rental agreement contain any falsified information?

A   It does.

Q   What in that application was falsified?

A   Mr. Hall has a different social security number, at least the last four, that's listed here.  He also listed his monthly income is $4,520 and has been employed since August 6th, 2012, with R&M Automotive; that his wife's name is Betsy Hall.

Q   How are you able to determine that that information is

false?

A    Of course having his true Social Security number we were able to compare that.  For his employment we ended up sending a grand jury subpoena to the Georgia Department of Labor, the Department of Revenue, and the IRS.  We were able to determine that there were no records from Mr. Hall for employment from the Department of Labor and the Department of Revenue.  Labor did not have anything from 2019 to 2023 including W-2s or 1099s.  Additionally, the Department of Revenue did not have anything from 2019 to 2024.  And IRS had no record of any W-2s or 1099s from 2019 to 2021.

Q    Now when say that there was no record of W-2s from 2019 through 2024, are you saying just with regards to employer that he lists on that lease application or in general?

A    In general for employment.

        THE AUSA:  Your Honor, the Government would move to admit Government's Exhibit 20 into evidence.

        DEFENSE COUNSEL:  No objection.

        THE COURT:  It's admitted.

        THE AUSA:  May I approach the witness?

        THE COURT:  You may.

BY THE AUSA:  [Resuming.]

Q    Agent Paul, I have now handed you what's been marked as

Q    Government's Exhibit 21; what is it that I've just handed you?

A    These are documents Mr. Hall provided to Greystone Point, the apartment complex, when he applied to include financial statements and proof of employment via paystubs.

Q    Those were the supporting documents that you also obtained from Greystone in response to that grand jury subpoena that we just discussed?

A    Yes.  That's correct.

Q    You indicated that that packet contained statements from Bank of America?

A    Yes, it did.

Q    Did those statements contain falsified information?

A    Yes.  The bank statements themselves are completely forged.  I know that because we submitted grand jury subpoenas to Bank of America for all of Mr. Hall's bank accounts there.  The account number that's listed here is a different account number than any that exist for him; and we subpoenaed during the same time frame that these bank statements are claiming to be from.  Additionally, the address listed on the bank records is not an address associated with him and it's not anywhere in is bank records with Bank of America that we subpoenaed.

Q    Does that packet also contain paystubs and employment

9:13:21AM

information from R&M Automotive?

A    It does.

Q    Were you able to determine those paystubs were also falsified?

A    Yes.  They appear to be falsified.  Additionally, in the Apple iCloud search warrant return that we had obtained there were text messages between Mr. Hall and Mr. Richard Sumbry [phonetic] discussing him making paystubs for R&M Automotive asking him what kind of information he wanted to include on them.  And then he ends up sending him a paystub that he had then created.

Q    And this was part of the rental application that he filed in September of 2023?

A    That's correct.

Q    So again this would be for the apartment that he's currently residing in?

A    That's correct.

        THE AUSA:  Your Honor, the Government would move to admit Government's Exhibit 21.

        DEFENSE COUNSEL:  No objection to this judge.

        THE COURT:  It's admitted.

BY THE AUSA:  [Resuming.]

Q    Agent Paul, can you explain Mr. Hall's employment history from 2022 to present?

A    Yes.  We do not have any record of any legitimate income

9:14:34AM  or employment from that point forward.  Based on interviews that we conducted with family, it appears that he did not have any legitimate income following 2019. His last know income from NCR and from potentially the Kia plant that he may have worked at prior to 2019.

Q  I want to ask you about some of the businesses that are associated with Mr. Hall and that are contained in this indictment, so for instance, Hall Automotive.  Is there any evidence of that as a legitimate company?

A  No, there's not.

Q  Is that a business that's registered with the Secretary of State?

A  It is registered with the Secretary of State, yes.

Q  Are you able to determine if that business was conducting a legitimate business during this time period?

A  No.  We were not based on the records that we obtained from the Georgia Department of Labor, the Department of Revenue, the IRS or the lack thereof.

Q  Is that true of all businesses that are associated with Mr. Hall: Hall Automotive Corporation, JCH Automotive LLC, Hall Enterprise Rental LLC?

A  That's correct.

Q  Did Navy Federal Credit Union also notify you of additional fraudulent loan applications submitted between July 11th of 2023 and September 26th of 2024?

A    July 2024 through September, yes.

Q    How many loan were submitted to Navy Federal?

A    There were ten.

Q    Were any of those loans funded?

A    Approximately five of the loans were funded.

Q    And in what amount?

A    Approximately $200,000.

Q    How is it that Navy Federal Credit Union did not flag these loans as fraudulent?

A    Because these loans were submitted through Hall Automotive, which also happens to be a legitimate car dealership out of Virginia.  It appears that Mr. Hall figured this out.  He appeared to spoof the phone number from that dealership when calling into the bank. Ultimately, the investigator made contact with the banks in which those loan funds were deposited in.  They were deposited into bank accounts belonging to Mr. Hall.

Q    As part of the investigation in this case did you also completed a financial analysis of Mr. Halls accounts and expenditures?

A    A FBI Forensic Accountant did, yes.

Q    About how many bank accounts did Mr. Hall have?

A    At least eight and he has acquired more since.

Q    Now, the loan funds that were obtained as a part of the scheme, were you able to trace those into accounts

9:17:42AM

controlled by Hall?

A    Yes, we were.

Q    Approximately how much of those funds made it into an account controlled by Marquarias Hall?

A    Approximate $3.4 million.

Q    Were you also able to trace how Mr. Hall spent some of those proceeds?

A    Yes.

Q    How much in cash withdrawals did Mr. Hall make?

A    Approximately $1.2 million between 2021 and 2022.

Q    Did any of those accounts maintain any kind of a high balance?

A    No.

Q    How many vehicles are associated with Mr. Hall?

A    There were at least four.

Q    What types of vehicles are those?

A    There's a 2022 Chevrolet Corvette Stingray, a 2021 Dodge Charger Hellcat, a 2022 Cadillac Escalade, and there was a 2019 Lamborghini that was taken back by the bank last week.

Q    Is it fair to say that Mr. Hall is underwater on each of those loans?

A    Yes.

Q    Were you able to locate any assets for this Defendant, any real property?

9:18:50AM

A    Nothing except for a $8000 diamond bracelet.

Q    Did you locate any cash inside Mr. Hall's apartment at 2100 Old Guard when you executed the search warrant last week?

A    There was only approximately $10,200.

Q    How many addresses were you able to determine were associated with Mr. Hall?

A    I'm going to say there's more than 15.  There's honestly too many to count.

Q    How were you able to determine that 2100 Old Guard is Mr. Hall's residence?

A    Through source information and law-enforcement intelligence; that was the only means we were able to locate him.

Q    I want to ask you about 4251 Meritas Drive.  Is Mr. Hall currently living at that address?

A    He's not.

Q    Who lives at that address?

A    His grandmother Betsy Hall and his uncle --[indecipherable]--.

Q    How is it that he's associated with Meritas Drive?

A    He was raised there by his grandmother up until he was about 18.  He has since used that address for mail, but he has not resided at that address since that age.  And his family has even gone to lengths to try and remove

9:20:03AM

that address from the Hall Automotive business online because there is no true enterprise being operated out of that location.

Q    And 4251 Meritas Drive that's the business address listed for Hall Automotive Corporation?

A    That's correct.

Q    Is that a residential address?

A    It is a residential address.

Q    Did you also execute a search warrant at that address last week?

A    I did.

Q    I want to ask you about Mr. Halls' social media presence. Did you also execute a search warrant on Mr. Halls' Facebook account?

A    Yes, the FBI did.

Q    I've now handed you what's been marked as Government's Exhibits 22 through 26; do you recognize what I just handed you?

A    I do.

Q    And were those photographs that were obtained in response to that search warrant that you've just discussed?

A    Yes.

Q    Could you describe to the Court what's contained in those images?

A    These are images of Marquarias Hall holding what appears

9:21:21AM    to be a large amount of U.S. currency.  Again, I am not going to testify to the authenticity of cash, but it appears to be U.S. currency.

Q    And those photographs, is the date range of those photographs from 2021 up until March of 2024?

A    Yes.

THE AUSA:  Your Honor, the Government would move to admit those exhibits into evidence.

DEFENSE COUNSEL:  No objection.

THE COURT:  They're admitted.

BY THE AUSA:  [Resuming.]

Q    I want to ask you did Mr. Hall offer any kind of mentoring services through his social media accounts?

A    It appeared he may have, yes.

Q    I've just handed you what's been marked as Government's Exhibit 27; what is it that I've just handed you?

A    This is an advertisement or flyer that Mr. Hall posted from the Facebook account that we obtained a search warrant for.

Q    Is that an advertisement for online mentoring?

A    It is.

Q    Does he charge a fee for that mentoring service?

A    He does.  There is a $500 deposit fee and a $1,500 fee for the course.

Q    Your Honor, the Government would move to admit

9:22:48AM

Government's Exhibit 27 into evidence?

DEFENSE COUNSEL:  No objection.

THE COURT:  It's admitted.

BY THE AUSA:  [Resuming.]

Q    I want to ask you about a business known as Cru Lounge;
are you familiar with that business?

A    I am.

Q    Is that a business that's also associated with Mr. Hall?

A    It is.

Q    How is that business associated with Mr. Hall?

A    Mr. Hall has appeared to become a part owner in that
business over the last few months.  Additionally, after
conducting financial analysis through his bank accounts
we discovered approximately $71,000 was wired from his
Truist account to MK Family Investments LLC.  The memo
was payment in full for Cru Lounge.  That account had
received fraudulently obtained auto loan funds.  So it
appears that he has acquired ownership in that business
through illicit funds based on our evidence.

THE AUSA:  Your Honor, I don't have any further
questions for this witness at this time.

THE COURT:  Defense.

CROSS EXAMINATION

BY DEFENSE COUNSEL:

Q    Just a few questions starting with Government's

Joan Drammeh * Federal Reporter * 706-653-1097

Exhibit 27.

A   Yes.

Q   This appears to be an advertisement you said from social media?

A   Yes.

Q   And it was offering mentorship?

A   That's what it appears.

Q   Was there any verification done into whether or not mentorship was actually provided?

A   No, there was not.

Q   So there may have actually been mentorship happening through I guess this program?

A   Sure.

Q   Is there any reason to believe that this was a fraudulent mentorship?

A   It was posted around the time frame that the scheme was occurring so one can think maybe.

Q   But you don't have any evidence that it is?

A   No.

Q   Also going to Government's Exhibits 22, 23, 24, 25, 26 earlier in your testimony you said that you weren't going to testify to the authenticity of the money?

A   That's correct.

Q   That's because you don't know if the money is real or not?

9:25:19AM

A    That's correct.

Q    It could actually be fake money?

A    Sure.

Q    Is it actually pretty common for social media accounts to use fake money for an advertisement?

A    It may not be common, but it is used.

Q    And it occurs more in more than Mr. Hall's case?

A    Sure.

Q    And it doesn't typically result in any charges or anything like that going toward of person?

A    That's correct.

Q    Upon your search warrants and other investigative devices that you used, none of this money or money that looks like this was seized?

A    The $10,200 approximation was seized.  It can certainly look very similar, but I'm not going to testify that it's an exact carbon copy of that cash in the photograph.

Q    You can't say it was that money that you seized at all?

A    That's correct.

Q    Or even that the money that you see here was real is what you just testified to, right?

A    I'm sorry.

Q    I said, or that the money in these pictures is actually real money; you don't know?

A    I don't know.  That's correct.

Q   Did Mr. Hall ever purport this money to be real to you?

A   Did he purport it?

Q   Yeah.  Did he ever tell you this was money?

A   No, he did not.

Q   Did he ever tell anybody asking him any questions that this was real money?

A   No.

Q   I want to go back to Government's images: 9, 10, 11, 12, 13, 14, and 15.  I believe these were images that were taken from social media, right?

A   These were images that were taken from the Apple iCloud search warrant return.

Q   These were enlarged from the actual text messages that were in the previous exhibit?

A   They are from the original files.

Q   The testimony was that Mr. Hall did not exactly -- Mr. Hall actually did not send these photos; he received them?

A   No.  He didn't send these photos.  He sent the other photos in the Government's exhibit.  But these ones specifically Ms. Grimes sent these, that's correct.

Q   These are the photos of the agent's family and the agent, right?

A   That's correct.

Q   They were sent to my client not from my client?

A    That's correct.

Q    With this images you testified that nothing was said about these damages as far as language or text?

A    Nothing needed to be said.

Q    But nothing was said, right?

A    Nothing was said.

Q    No threats or anything like that were written, or given, or anything about go after these people.  You didn't see anything like that inside any of these text messages, right?

A    Not in plain text, no.

Q    Did you see it any kind of text?

A    No.

Q    You said the dates for these were back in January 2023, right?

A    That's what it appears.

Q    So that's approaching two years ago?

A    Under that, but, yes.

Q    To your knowledge at this point there hasn't been any contact made from my client to this agent that you are aware of are you, right?

A    Not that I'm aware of.

Q    There hasn't been any threats or anything like that issued to this agent from my client in that period of time; has there been?

A   Not that I'm aware.

Q   But he has had this information like you said going on two years?

A   Less than two years.

Q   January will be two years, right?

A   Yes.  We're not in January yet.

Q   You spoke about several companies that were registered to Mr. Hall?

A   Yes.

Q   And you mentioned earlier that those companies were able to be found on the Secretary of State's website?

A   They were, yes.

Q   That they were found to be in compliance?

A   Most of them, yes.

Q   Can you go through with the Court the process to get a business in compliance with the Secretary of State?

A   Yes.  You just have to file paperwork online with the Secretary of State.  If you want to apply for an EIN number you can also do that online with the IRS.  It doesn't take a whole lot of time and/or effort to do that.

Q   Are fees attached?  Are you required to pay a fee to register business?

A   Yes.  There's usually fees associated.

Q   One of the entities in question was R&M Automotive; are

you familiar with R&M Automotive?

A   I am aware that it's registered to him on the Georgia Secretary of State.  It does not come up in our case.

Q   You are aware that it is registered under his name.  He's the registered agent for that?

A   I am, yes.

Q   Have you ever been out to visit R&M Automotive?

A   I have driven by.

Q   Is that an open business?

A   I can't testify to what business is being conducted inside.

Q   Did you ever go inside?

A   I've never been inside, no.

Q   Have you ever attempted to see if that was an active business?

A   No.  Because it was not involved in our case.

Q   But it is connected to Mr. Hall?

A   It may be, yes.

Q   It may also be a source of income?

A   It could be, but based on the records that I obtained from the Georgia Department of Labor, Revenue, and the IRS there is no record of any business let alone R&M Automotive.

Q   But you don't know what's going on in there because you never went in, right?

10:51:27AM

A    Sure.

Q    It wasn't a part of your case?

A    Sure.

Q    Therefore you didn't do any extra investigation pertaining to R&M Automotive?

A    I did not go inside.

Q    Are you familiar with Hall's Trucking and Dispatching?

A    Sorry, what's the company?

Q    Hall's Trucking and Dispatch LLC.

A    Yes, I am aware it exists on the Georgia Secretary of State.

Q    Did you have opportunity to look into that?

A    No.

Q    Are you aware that it is in compliance?

A    I can't testify as to whether it's in compliance or not. I don't have that information in front of me.

Q    If I told you it was in compliance would you be surprised?

A    Not necessarily, no.  It's just a fee that they pay to renew a business; that's it.

Q    And it has an address of 80 Sycamore Drive in Columbus, Georgia?

A    I don't know what addresses is associated with it, but that is residential address.

Q    You never visited or investigated that business at all?

A    We did.

Q    Did you find out what business and what the activities were for that business?

A    Not for that business, no, but we did speak with the renters inside.  They said that there's no business being operated at that location, referenced other businesses registered to that address.

Q    So as far as Hall's Trucking you haven't found out any information pertaining to what business occurred with Hall's Trucking?

A    Not with Hall's Trucking and Dispatching.

Q    You spoke about Cru Columbus.  Are you also aware that Mr. Hall has ownership interest in another Cru club in Morrow?

A    I am.

Q    Did you have an opportunity to do an investigation into that company?

A    Not beyond the proceeds that we traced.

Q    Are you aware of his ownership interest and that he is a part owner in that establishment?

A    I am aware generally, yes.

Q    Are you also aware that he was an owner there prior to coming an owner to the Cru Columbus?

A    Yes.

Q    I spoke earlier about the pictures the other damages and

the images that were provided as a part of Government's Exhibits 9 through 18.  To your knowledge have any of the individuals captured in any of those photos been contacted by Mr. Hall over the last year?

A   No.

Q   Have any threats been given by Mr. Hall over the last year?

A   Not that I'm aware of.

Q   You also spoke about numerous residences that Mr. Hall has been tied to in your testimony; is that correct?

A   That's correct.

Q   Have any of those residences that he is tied to listed outside the State of Georgia, do you know that he's lived anywhere outside the State of Georgia?

A   Not that I'm aware of.

Q   So the addresses that you have tied to him are all local addresses?

A   I would say within the State of Georgia.

Q   As far as Atlanta being the farthest away from Columbus for further than that?

A   There were other addresses Atlanta area, Powders Springs; there's a variety of addresses.

Q   Right.  What about the Atlanta metropolitan area would be the furthest away?

A   I suppose.  I can't say for certain.

Q   During your investigation of the case, have you had an opportunity to speak with any of the codefendants in this case?

A   We have.

Q   There was a text message conversation that was currently a part of the Government's Exhibit and was Government's Exhibit 1.  That conversation was with a Codefendant Grimes.  Have you had a conversation with Codefendant Grimes?

A   I personally have not had a conversation with her, but other agents have.  Yes.

Q   Has she given a statement?

A   Yes, she has.

Q   In her statement does she say anything about any harm or threats that Mr. Hall desired to have her do or himself do the agent involved in the case?

A   I believe one contact was made with her; it was prior to these text messages being sent.

Q   So you haven't spoken with her since the text messages?

A   No.

Q   You said that you became a part of the case and you joined which was in December?

A   It was April of 2023 I entered the case.

Q   Were you able to review the file as to what happened before you joined?

A    Yes.

Q    Are you aware that certain individuals were reached out to prior to you joining the case as far as his codefendants?

A    Yes.

Q    That they reached out to him as well?

A    There was contact made over the telephone when they went to interview Ms. Neely.  He asked for a lawyer at that point.

Q    He had an attorney that was in contact with law enforcement, correct?

A    He may have been in touch with the U.S. Attorney's Office and then there was no further contact.

Q    At that point in which he was in contact through his attorney, was there any attempt from Mr. Hall to leave the country or takeoff and avoid answering these charges that were potentially coming?

A    No.  He just engaged in additional fraud based on the records.

Q    The question I was asking:  Was there any attempt from him to leave the area?

A    There was not.

Q    There was not?

A    That's correct.

DEFENSE COUNSEL:  That's all the questions I have

judge.

THE COURT:  Anything else from the Government?

THE AUSA:  Yes, Your Honor, briefly.

REDIRECT EXAMINATION

BY THE AUSA:

Q    I want to focus specifically on Hall Automotive
Corporation.  Hall Automotive Corporation was registered
with the Secretary of State; is that correct?

A    That's correct.

Q    What does it take to get a business registered with the
Secretary of State?

A    It really doesn't take much.  I mean you have to have
some form of a business address that you're registered
to, and individual in which you are registering the
business, proof of identity, and what the business is
going to be operating -- what kind of business they are
going to be engaged in.

Q    There's a fee that's associated with registering the
company with the State of Georgia?

A    Yes, and there's a fee.

Q    Generally speaking, when a company is registered in the
State of Georgia and actually practicing any business,
they would also submit annual reports to the Secretary of
State; is that correct?

A    Usually is.

11:02:26AM

Q    Those annual reports would generally reflect income,
     earnings, profits from that business?

A    That's correct.

Q    Did any businesses that were associated ever submit any
     type of an annual report?

A    Never.

Q    But they did renew their filing every year?

A    They did.

Q    And so on the record the businesses did legitimately
     exist?

A    Sure, yes.

Q    Now in order to determine whether a business -- if we
     just stay focused on Hall Automotive Corporation at this
     point -- is actually conducting any original business,
     you would have to look at records with the Georgia
     Department of Labor, Georgia Department of Revenue, and
     IRS?

A    That's correct.

Q    Did you do that for each of the businesses associated
     with Mr. Hall?

A    I did for the ones involved in this case.  Yes.

Q    Was there any record of any of Mr. Hall's businesses ever
     paying any withholdings to the IRS?

A    No.

Q    Were there ever any W-2s associated with any of

Q   Mr. Hall's businesses ever submitted to the IRS?

A   No, there were not.

Q   Was there any records of any of Mr. Hall's businesses actually conducting business, I mean generating income or creating a profit?

A   No.

Q   I want to ask you specifically about R&M Automotive.  He indicated as part of this lease agreement that he was a Sales Manager at R&M Automotive; is that correct?

A   That's correct.

Q   But he never filed taxes with a W-2s from R&M Automotive; is that also correct?

A   That's correct.

Q   I don't have any further questions.  Thank you.

        THE COURT:  Defense.

                    RECROSS EXAMINATION

BY DEFENSE COUNSEL:

Q   Do you know when R&M Automotive was opened?

A   I'm not sure, no.

Q   Do you know if any of these businesses had business licenses?

A   With the Georgia Secretary of State.

Q   Like business licenses and occupancy for locations?

A   Yes, they do.

Q   Have you had an opportunity to go in and see certificate

of occupancies?

A    I have.

Q    Are those required in addition to what you have to do to register with the Secretary of State?

A    Yes.

Q    You have to go through different steps to do that, right?

A    I would imagine, yes.

Q    They also require you to renew that; that's something that you have to continue to do, correct?

A    Yes.

Q    Again, from your testimony earlier, you never went into R&M; right?

A    R&M, no.

Q    So you don't know if there was any detail or anything happening over there?

A    Not that I'm aware of.

Q    Did you check for social media presence of whether or not he was getting positive feedback as to potential customers that have gotten their car serviced?

A    No.

Q    You didn't look at that because this wasn't part of the case, that particular company, right?

A    No.

        DEFENSE COUNSEL:  That's all I have judge.

        THE COURT:  All right Agent Paul, you can come down.

Any further evidence from the Government?

THE AUSA:  I have nothing further.  She may be excused.

THE COURT:  No further evidence from the Government.

THE AUSA:  No, Your Honor, we just reserve for argument.

THE COURT:  Is there going to be any evidence from the Defense?

DEFENSE COUNSEL:  No.

THE COURT:  Let's take a brief recess before we move into argument.  It's five after 4:00 right now so ten minutes for you all to get your stuff together.

DEFENSE COUNSEL:  That's fine for me judge.

THE AUSA:  Yes, judge.

THE COURT:  We'll take a ten-minute recess.

COURTROOM DEPUTY:  All rise, the Court is now in recess.

[RECESS]

COURTROOM DEPUTY:  The court's back session.

THE COURT:  Ms. Hansis, does the Government have any argument you want to make?

THE AUSA:  Your Honor, we would reserve our argument for rebuttal.

THE COURT:  Mr. Debrow, she said she reserves her argument for rebuttal.  The burden is on the Government.

DEFENSE COUNSEL:  Your Honor, I was going to say --

THE COURT:  It's a very good strategy for you.

THE AUSA:  Your Honor, I'm happy to give the argument now.

THE COURT:  Let's hear it.

THE AUSA:  Your Honor, the Government has moved to detain this Defendant under both flight grounds and the grounds that he's a danger to the community and I'd like to first address each one of those in turn.  First, addressing the issue flight, we have an individual who has used different aliases.  He has used multiple Social Security numbers.  He the means and the ability to create falsified financial documents.  And we saw that most recently with the lease application that he submitted to the apartment that he currently resides at.

Part of the reason that we submitted this documentation, Your Honor, is because I understand the conduct that is charged in the indictment is somewhat dated.  We're talking about conduct from 2020 to 2022, but the lease agreement shows that this is a continuing pattern on the part of this Defendant to continue to create and submit falsified documentation in order to gain some type of financial benefit.  In the case of the apartment lease it was to be able to obtain an apartment.  Likely because of falsified documentation assisted with a higher credit score.

We have an individual who has no history of legitimate or steady employment. The Government has never contested that these businesses that exist under the Secretary of State may exist on paper sure, but the reality is that they have never conducted any legitimate business. They have never been a form of legitimate income for this Defendant. And frankly he hasn't demonstrated any legitimate employment since at least early 2020-2021 and that's concerning.

In addition, Your Honor, it's the Government's contention that this is an individual who has essentially divested himself of his assets. We know just during the fraudulent scheme period alone, just during that short one two-year period of time, he acquired $3.7 million in funds. Every penny of that hit an account that belongs to this Defendant and yet he has no real property in his name. He's underwater on all the luxury vehicles that are in his name. It's the Government's contention that that was done intentionally on his part to essentially divest himself of assets. He was aware that the federal government was investigating him. And he was aware of the unfortunate reality that once the Government finds the cash we cannot seize it. So this is an individual who has no significant assets tying him to this community.

Part of the reason that we also submitted some of those photographs into evidence is because as recently as

March of this year he is photographed with $40,000 in cash. We know during a very short period of time he withdrew the money from those bank accounts that he obtained as part of this scheme in the roundabout figure of a million dollars. So sure, we could guess that the money is fake money for the purpose of bragging on social media, but the reality is we know that he has a million dollars in cash he withdrew from a bank account. And he took that photograph while sitting in a vehicle that was worth over $100,000. So it's the Government's contention that that cash is real; that is cash the Defendant has access to and that is a concern for the Government because that's the kind of money that the Defendant could essentially disappear with.

He has a criminal history that contains fleeing and attempting to elude, failure to appear out of Alabama -- although the disposition on those charges are not know, it is contained on his pretrial services report. He is also currently on misdemeanor probation out of Coweta County for fleeing and attempting to elude.

He has essentially demonstrated a flagrant disregard for the law by continuing with this fraud scheme. Up until September of this year he's obtained over $200,000 in cash continuing the same falsified auto loan applications. I think most concerning, Your Honor, is in his first interaction with this Court in his pretrial services report when he sat down

with U.S. probation he has lied to probation.  The very organization that would be responsible for monitoring him were he to be on pretrial release.

He has listed is the employer as Hall Automotive Corporation.  We know that Hall Automotive Corporation is not a legitimate business, has never conducted any legitimate businesses, has never submitted a W-2 from Hall Automotive Corporation.  He lists R&M Automotive as his employer on his lease application from last year.  He is also clearly not made a full disclosure on his assets.  We know, again, he has multiple bank accounts -- that's what the agent testified to -- that are not indicated here on his financial disclosure.

He has even lied about what would be innocuous details.  For instance he indicated on his pretrial services report that his biological mother is Betsy Hall, when we know that Betsy Hall is his grandmother.  He has indicated in his pretrial services report that he has no contact with Alexis Pritchett and that she resides in Missouri.  As the Court is aware, Ms. Pritchett was here last week in Macon for her initial appearance on charges with this Defendant for COVID fraud because she actually resides in Columbus, Georgia.

Server that there's a piece of probation contained.

I'm not sure that there is a piece of information contained in this pretrial services report that he elicited that is, in fact, true beyond his criminal history; which we

were able to independently verify.  So all of that, Your Honor, is extremely concerning to the Government.  And I will just point to United States v. --[indecipherable]-- that's a case out of the District of Montana.  In that case the court found that detention is appropriate on three factors: 1) you have a defendant who is unemployed with a sporadic work history; you had a defendant who purposely divested himself of assets; and then you had a defendant who displayed a militant lack of responsibility evident in conduct that he was charged with.  Just those three factors alone supported flight and supported detention.  Here you have so much more than that.  This Defendant presents all the hallmarks in terms of a flight risk.  The government does have significant concerns were he to be released we would never see him again.

Second, turning to the danger prong.  The text messages and the images that were shared about Agent Vertap [phonetic].  I understand that those text messages themselves did not contain any overt threats, but it went beyond a simple Google search to determine whether Agent Vertap was a legitimate member of the FBI.  It was Marquarias Hall who located her personal home address in voluminous tax records and shared that with codefendant.  It was Marquarias Hall who identified her husband and identified the name of the children through Facebook.  These images were shared back and forth with the codefendant.  He possessed images of the agent's

children.  I understand there was no overt threat there, but the Government finds that behavior disturbing concerning.

More importantly than that, Your Honor, I think that case law is extremely clear that danger is not limited to physical harm.  Danger for the purposes of the Bail Reform Act also involves financial, pecuniary harm.  And this Defendant has displayed an ongoing financial harm to this community in that in September of 2024 he obtained $200,000 in fraudulent loans from Navy Federal Credit Union.

This is an individual who has held himself out to this community as a legitimate businessmen, who was offered mentoring services, and I'm not challenging the legitimacy of that business.  My argument is that he's offered himself out to this community as a successful business person when in reality all he is a conman.  He has never been a legitimate business person earning this kind of income and yet he has solicited individuals and held myself out in that manner.

Marquarias Hall is just an individual who is going to look for a quick payout.  And he's clearly used other people in order to obtain that payout.  That makes him a financial danger to this community, Your Honor.  For all of those reasons, Your Honor, we believe that detention is appropriate.

THE COURT:  One question:  From what Agent Paul testified the bank records show that deposits from USAA and

Navy Federal Credit Union to various bank accounts owned by Mr. Hall totaled $3.7 million; and also testified that between 2021 and 2022 that $1.2 million was withdrawn in cash?

THE AUSA:  That is correct, Your Honor.

THE COURT:  Do we know what happened to the other $2.5 million; where did that go?

THE AUSA:  There was tracing, Your Honor.  Some of that moved between different accounts.  Some of that money was also used to pay both Jasmine Grimes and Quine Gray.  I believe about $400,000 went to payments to them.  The money did move through different accounts and we were able to trace how some of that money was spent.  I would need to have the agent to testify to the specifics of how that money was spent, but we were able to suspend trace the spending as well, Your Honor.

THE COURT:  All right, Mr. Debrow for the Defense.

DEFENSE COUNSEL:  Yes, judge.  I will start by saying the Government relies a lot on the charge in this case to establish things as far as my client's behavior.  My client carries his presumption of innocence into all of these things.  These aren't things that he has had an opportunity to meaningfully respond to.  He has not had an opportunity to review, or counter-investigate, or anything along those lines pertaining to these allegations that are made; and they are simply allegations at this point.

We understand that the agent who took the stand here wasn't even a part of the inception of the case, but picked up the file somewhere in the middle of it and has pretty much taken information passed to her from other agents; which is common, but another reason why I would say that this information that we are talking about has concluded that my client has committed these offenses, did these things, and has committed any unjust acts; and that determination has not been made yet. So for the Court to make a determination based upon an officer's statement that my client committed fraud or is a fraud, it's premature at this point because he is still not guilty.

I would also want to speak to the very large burden that the Government has here and it's a clear and convincing standard. I remind the Court that there's no --[indecipherable]-- presumption in this case, which means that by clear and convincing evidence we weigh these things. They can't merely suggest or point to the possibility of my client being a flight risk or being a danger to the community to establish this very high, high standard.

I would like to go through a lot of the reasons why I believe it's impossible for the Government to reach this idea of my client being a substantial risk of flight or serious risk of flight. First, Mr. Hall was born and raised in the community, here in the Columbus area in the Middle

District.  It's pretty much all he knows.  He's lived other places in Georgia pretty much as far as Atlanta, but Georgia is home.

There's no addresses overseas.  There's no extensive family ties to other places.  And in addition to that I'm also pointing out that his family for generations has lived in the Columbus area; that's his parents, that his grandparents who are all getting up in age.  He has a significant relationship with them and cares to be around them.

Judge, I remind the Court that this isn't a new situation for Mr. Hall.  They have been investigating this for a couple of years now.  If it were high tail it out of here and get out of here, he had every opportunity to do so.  They're saying this man had millions of dollars in this pocket, and in his hands, and withdrawn and then at the same time saying he's a flight risk.  Well, I think it's completely counter to reason that he would stay around if he had millions of dollars and it was actually his intent to leave.  I think if anything, that speaks even more to show that he does not intend to leave and that he actually has significant ties here which prevent him from leaving.  I will also continue by saying he has a son locally in the Columbus area who is five years old.  His name is Jordan.  He serves as a provider for his son.  He's never lived outside of the State of Georgia.

Whatever the Government wants to say at this point

-- which has not been proven about his businesses -- what can also be said is that he has gone through the trouble of being in compliance with these companies.  He has gone through the trouble of getting business licenses with these companies.  He has gone through the trouble of actually being at these locations to the extent of where he is collecting and getting ownership interest in these places, places that actually conduct business.

Cru is a club in Columbus that people that actually go and attend.  It's not a shadow place where no one's ever visited.  People actually go there in the evening time.  It's an actual viable business in the City of Columbus that he is on record to be an owner of.  It's hard to say that that doesn't help to establish a tie to the community.

In addition to that judge, I would like to point out that Mr. Hall is locally educated in the City of Columbus.  He went to Jordan High School.  He graduated from there in 2012. He got his AA from Columbus Tech in Systems Technology.  He began attending school at Columbus State University for Business Management.  He is still working to finish that.  His ties further extend to he attends church in the community.  He attends North Highland Baptist Church under Pastor Reed.  He has attended there since the sixth grade.

Something else I think it's important for the Court to consider is that he has hired an attorney for this case.  I

think that also speaks to lack of desire to risk, be a flight risk and leave. I mean he retained an attorney very early on to deal with the preliminary stages and even now he has retained counsel in this case where he is looking to face whatever it is that the Government wants to bring up against him and offer his Defense, and offer his side of the story. And I believe he should be given an opportunity to do that.

In addition to that judge, I would also say that I think we must note that his awareness of these charges for as long as he's been aware of them also speak to whether or not he actually wanted to leave or not leave. And the fact that he stayed, the fact that he hasn't tried to run from it, the fact that he hasn't gone underground with all the money that they are saying he has so that he can no longer be found by anyone. He was readily assessable at the time in which he was arrested. He came into custody willingly. He had a lawyer that was in communication with law enforcement, which was also part of the testimony. These are not thing that people who are serious risks of flight actually do. To speak to some of the other things that the Government pointed out about my client's criminal history I think we should look at that.

He has had a history of complying with court orders. Even the failure to appear that we're talking about on the side of the pretrial services report, that was not for not coming to court at all. He appeared late and even in that

case he carried that case out to resolution. And in the misdemeanor case in Coweta County where he was charged with a misdemeanor fleeing and attempting to elude, he complied with the probation that they sentenced him to. He has paid the fines and fees. He has not been in violation of that. He has abided by the Court's order. I think that's a great way to be able to examine whether or not the Court can give him or tell him to do something and he will work to do it. I think that's what we're measuring here.

Also on this theft by receiving case from February 2011 and for the entering auto case, he completed probation successfully on all of his other cases. He even completed first offender on the entering auto case. These aren't indicators that a person cannot follow the Court's orders. These are indications that a person actually received the court order, followed those Court orders, and executed them and completed probation; which is why he does not have any felonies on his record.

But there was something in the pretrial services report that my client contested and had issue with. And attempted to speak with the probation officer before we started, but if you go to page 5 there is something that seems a little peculiar; that on August the 22nd of 2019 and August the 22nd of 2024 that's alleging the same offense and it's talking about two different locations. I think what may

explain some of the ways, I contacted the office of the district attorney and I was able to have them set docket. There's a Houston County in Alabama which may explain why Houston, Georgia may have been a mixup. But that case both 08-22-2019 and something that they are saying happened 08-22-2024. My client is saying he was never arrested in 2024. But there was that case in 2019 and it's my understanding from what was provided by Houston County District Attorney's Office that it was dismissed. I feel like that's important for the Court to understand. --[inaudible]-- and I believe that that in some way explains what's going on those dates being the exact same in completely different locations four years apart from each other. We believe that that was actually -- that those charges were dismissed against Mr. Hall.

THE COURT: All right, anything else from the Government?

THE AUSA: No, Your Honor.

DEFENSE COUNSEL: Judge, I wasn't done. I also need to speak to the danger component. I think that's a part of the next place I wanted to discuss, which was he is not a danger to the community. His history doesn't indicate so. For the Court to take that a position would be to adopt the position from the Government that is not proven, that we have had a chance to counter-investigate.

His criminal history consists of misdemeanors not a bunch of charges that look of the same view, or the same type, or the same modus operandi of this particular situation. Nothing on his history seems to say that.  He has no violent charges in this history judge.  He does not use drugs.  He has no drug history at all.  He has no drug affiliations so anything that can silently be implied by these pictures had almost two years to play out and it hasn't.  So here we go again just kind of pointing to the possibility of something.

I just want to remind the Court the standard is clear and convincing.  You can't get there by simply alluding to the possibility that something happened in past.  There has to be: has there been directly any contact; have there been any threats; have there been anything that could be asserted by my client either through himself or through someone else to communicate a threat toward this officer?  Which I guess these pictures are supposed to imply his danger.  And the answer was, no, not to her knowledge.  It has not communicated to her from anybody else.  I think that that speaks to the fact that there's been no intention to do so.

I will also say that my client has been out of the country since this case has started.  He's gone as far as Mexico and he has come back.  He's known these things have been happening.  These charges were hanging in the air.  If he wanted he was already in Mexico judge.  He could have stayed

if he wanted.  He didn't.  Like these are all the reasons why it's hard to come to the conclusion by clear and convincing evidence that there was no conditions that this Court can give to keep my client from being a risk of flight.  I don't believe that that's a question.

And I don't believe that there is enough here dangerous side established by history and actually established things that my client has actually participated in that's been produced to the Court that established that he is a danger.  I will also note that although my client is the one that's brought under the ringer in this case, everybody else's charged in this indictment -- many of the people in this indictment -- are charged with the exact same counts as my client is charged with; and none of them even had to have a detention hearing.

In fact, they were all allowed to just be out on their own recognizance.  They have all have the same $10,000 unsecured bond, but for some reason my client is targeted to the extent that we have to have a hearing for it; and that for some reason I believe because they think he has all of this money is why he should not be able to be out.  And I say if that's true judge he has had this on him the whole time, but he's still here.  He is not a threat to go anywhere.  He's not a threat to harm anyone at least not as the evidence has shown.

So we would ask the Court to issue him like all the other the Defendants in this case an unsecured bond in the amount of $10,000 and all of the other requirements that have been placed on the other Defendants in the case; and give him the opportunity to address the Court and fight his charges in the same way that everyone else in this case has been given the opportunity; that he not be separated out based upon things that have been outlined today, which could have easily been attributed to some of the other individuals including Ms. Grimes who actually sent him the pictures that we are supposed to be concerned about.

It wasn't as alarming that Ms. Grimes sent the pictures to Mr. Hall, but nevertheless because Mr. Hall got the pictures all of a sudden that's concerning to the point where he is a danger.  I believe that if it was a danger for her to send them and have them -- it should have been the same here, but it wasn't judge -- and I think it's because my client is being targeted.  So because of that judge, I am asking and requesting that you give him an unsecured bond in the same amount of the other defendants and allow him to --[indecipherable]--

THE COURT:  All right, well, let's go through the Bail Reform Act and start off with the case that the Government has brought a motion under Section 3142F2 based on a serious risk that the Defendant will flee.

I think the Government has established that threshold risk to open the detention proceedings even though this is not a rebuttal presumption case, there are specific code sections that are outlined 3142F1.  So that gets us into the detention hearing and then once we're in that we have two burdens of proof.  Mr. Debrow, you got that a little bit wrong.  Clear and convincing evidence is the burden of proof, but for Government to show that there's no condition or combination of conditions of release that would sufficient to secure the safety of the community.

DEFENSE COUNSEL:  That is correct judge.

THE COURT:  But as to the risk of flight that's a preponderance of the evidence standard; that's not specified in the Bail Reform Act itself, but under the case law that just defaults to the prior standard of bail cases before 1984. So we have those two standards to deal with.

We will start with the danger to the community because that is the higher burden of proof and I don't think the Government has me that the clear and convincing evidence as to danger to the community.  I do want to comment on that though.  If it hadn't been for the 20 months between the time that those photographs were -- that that evidence was -- obtained and now without incident I probably would be a lot more concerned about that.  My understanding of the testimony of Agent Paul was the beginning of the conversation was from

Mr. Hall to Ms. Grimes providing the case agents business card and some screenshots of social media accounts from the mother and husband. And then Ms. Grimes went out from there and rounded up these photographs of the children and the husband. You can say what you want. My inference from that is that they are there thinking maybe we need to do something about that.

I think probably they realized that that was not a very useful strategy, but certainly I don't want to belittle that. That's something that raises a lot of concern from me and it may factor in to some of my concerns about risk of flight and the indication that this is a Defendant who was looking for ways out. And that investigation didn't go anywhere, but it certainly raises concerns.

The bigger concerns for me are about risk of flight and so getting into that. I will go into some of the positive aspects. The Defendant has pointed out there's not a significant criminal history in the case. Some misdemeanor charges, they are kind of theft and fraud type charges that are consistent with some of the allegations in this case, but that in itself wouldn't be enough to warrant detention.

There is of course the Defendant's history in the community going back, but I also have significant evidence from the Government about a Defendant who is for lack of a better word a slippery character. Let me may say this going

to the factors in 3142 G. the nature and circumstances of the offense.  It's not a crime of violence, or control substance, firearm, explosives, or destructive device.  It doesn't involve a minor victim.  It does involve a pattern of very sophisticated deception.

And the weight of the evidence, again, as we always point out in these; this is not a trial of the case.  This is early on.  The Defense hasn't had a chance to review discovery and sift through investigate defenses in the case.  Although a lot of the Government's evidence really comes down to pretty simple math, you know, dollars in -- $3.7 million into multiple bank accounts that were maintained by this Defendant over a period of about two years coming from USAA and Navy Federal Credit Union for car loans where there weren't any cars.  And $1.2 million of that was withdrawn as cash over a two-year period and is unaccounted for.  And there aren't as the Government pointed out, there aren't any apparent assets to indicate where that cash has gone.  The Bail Reform Act indicated that the Defendant had about $350,000 worth of cars, but my understanding from the testimony here today is that those were all obtained through loans so that most of them -- the most expensive one I understand -- has already been repossessed.  And then the others it sounds like they are in the process of being repossessed by the lenders.  So that doesn't account for where that money went.

The evidence also indicates that there were a number, I don't remember the exact number.  My recollection is Agent Paul didn't remember the exact number.  It was somewhere in the neighborhood of 15 different business entities that were registered.  Mr. Debrow, you keep mentioning that they are in compliance.  That just means there's a document filed that says there's this business.  But they are not in compliance, from what the agent testified, they're not in compliance with anything else.  There's no records filed with the IRS, with the Department of Labor, the Department of Revenue to indicate any kind of business activity, any employees being paid; Mr. Hall himself being paid at all.  No indication that he filed any tax returns for any of these businesses or for himself to account for $3.7 million worth-of income.

It sounds like from Agent Paul's testimony that many of these businesses, their business address were actually residential addresses.  By at least the preponderance standard that I'm working with here these all seem to be fake businesses.  We have multiple addresses associated with this Defendant and even the Defense conceded that those were in Newnan, Atlanta, Powder Springs, Columbus, all over the State various residences that have been tied to his name.  We have evidence from the Government that at least one of those residences recently has been obtained using fraudulent Social

Security number, fraudulent income information, forged bank records. And we also have evidence that Mr. Hall has used a pseudonym of Tevon Carter at times to obtain rental cars if nothing else.

When I add all of that together, particularly when there seems to be over a million dollars in cash out there somewhere that Mr. Hall has access to and the ability to forge documents, forge identities; that's not somebody that I can comfortably release on conditions of release. I don't have any confidence that those conditions of release would be sufficient to secure the Defendant's appearance for trial.

And just finally to respond to one argument from the Defense that he's been aware of this investigation for apparently around two years and hasn't fled yet. That is something that is certainly a consideration in the case but the calculus changes once his trial date approaches, and the evidence starts to become more into focus, and the reality of the potential sentence of up to 30 years is closer and closer. I think with the resources and you throw in at the end that the Defendant has been to Mexico since this investigation has been going on. I don't know what inference to draw from that, but that's a concern as well.

So all of that together I do find by a preponderance of the evidence that the Government has met its burden in showing by preponderance of the evidence that there's no

condition or combination of conditions of release that would be sufficient to secure the Defendant's appearance at trial. I will grant the Government's motion for detention and order that you remain in custody with the U.S. Marshal Service while this case is pending for trial or other resolution.

DEFENSE COUNSEL:  Judge, if I may?

THE COURT:  Yes.

DEFENSE COUNSEL:  I am not sure if the Court considered the house arrest option and the ankle monitoring options.  Like if it's the flight risk that's the concern, the surrendering of the passport, like there are certain things that even if he had a significant amount of money it would not be able to remove an ankle monitor; it wouldn't be able to keep the Court from being able to track him; it wouldn't defy an order from house arrest.

The fact that he's actually shown that he would do what the Court asked to do in the successful completions of probation.  Has the Court considered any of these things as his ability to be compliant upon the Court's request and as conditions that the Court could set as opposed to I guess just the blanket understanding that because there's an amount of money that is unaccounted for that there aren't physical restraints outside of being inside of the Marshal's custody that can be a placed on Mr. Hall that could also limit is ability to be and go anywhere differently?  Has the Court

considered those things?

THE COURT: Yes, I have.  I always do.  When I say no condition or combination of conditions of release are sufficient I go though in my mind what about an ankle monitor; what about setting a bond.  What if I set a 1.2 million bond in the case for example?  Various things like that I did consider those.  I think give the sophistication of this Defendant, the resources that he has, the skills that he has, the pattern of dishonesty; all of those considered I just think that any of those conditions could easily be abated. I've certainly had Defendants disappear on ankle monitors before; that is not a perfect solution.

It might take us an hour to find the broken ankle monitor and he can get a long away.  So I have considered those.  I always do.  That's is certainly part of my duty in doing this.  I think for those reasons that I've outlined already I don't think that any of those conditions will satisfy my concerns about risk of nonappearance in the case. So I'm going to enter an order of detention in the case.

All right, anything else Government Ms. Hansis in this case?

THE AUSA:  No, Your Honor, thank you.

THE COURT:  Anything else from the Defense?

DEFENSE COUNSEL:  Nothing at this time judge.

THE COURT:  All right, very good.  That concludes

our business in the case 4:24-CR-00034 and 31.  Mr. Debrow and Ms. Hansis you all are both excused at this time.

DEFENSE COUNSEL:  Thank you judge.

(Proceedings concluded.)

END OF RECORD

CERTIFICATE OF OFFICIAL REPORTER

I, Joan Drammeh, Federal Official Court Reporter, in and for the United States District Court for the Middle District of Georgia, do hereby certify that the foregoing is a true and correct transcript to the best of my knowledge and ability from the digitally recorded recording provided in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated this 21ST day of NOV, 2024

_Joan Drammeh_

JOAN DRAMMEH, CVR, CCR

FEDERAL OFFICIAL COURT REPORTER

MY COMMISSION EXPIRES:
APRIL 1, 2025



BY DEFENSE COUNSEL: [2]  26/24 40/17
BY THE AUSA: [11]  5/15 9/14 10/23 13/13 15/14 16/8 17/24 19/22 25/11 26/4 38/5
COURTROOM DEPUTY: [4]  5/4 5/8 42/16 42/19
DEFENSE COUNSEL: [25]  3/13 3/16 3/24 4/2 4/18 12/11 12/16 13/3 15/12 17/20 19/20 25/9 26/2 37/25 41/24 42/9 42/13 43/1 49/17 55/19 59/11 64/6 64/8 65/24 66/3
THE AUSA: [25]  3/10 3/17 4/16 4/21 12/8 12/24 13/10 15/10 16/6 17/18 17/22 19/18 25/7 26/20 38/3 42/2 42/5 42/14 42/22 43/3 43/6 49/4 49/7 55/18 65/22
THE COURT: [43]  3/2 3/15 3/20 3/25 4/4 4/19 5/3 9/10 10/22 12/15 12/21 13/1 13/5 13/12 15/13 16/7 17/21 17/23 19/21 25/10 26/3 26/22 38/2 40/15 41/25 42/4 42/7 42/10 42/15 42/20 42/24 43/2 43/5 48/24 49/5 49/16 55/16 58/22 59/12 64/7 65/2 65/23 65/25
THE WITNESS: [2]  5/7 5/9

## $

$1,500 [1]  25/23
$1.2 [3]  22/10 49/3 61/15
$1.2 million [3]  22/10 49/3 61/15
$10,000 [2]  57/17 58/3
$10,200 [2]  23/5 28/15
$100,000 [1]  45/9
$104,000 [1]  8/10
$16,000 [1]  8/14
$2.5 [1]  49/6
$2.5 million [1]  49/6
$200,000 [3]  21/7 45/22 48/8
$3.4 [1]  22/5
$3.4 million [1]  22/5
$3.7 [5]  7/16 44/13 49/2 61/11 62/14
$3.7 million [5]  7/16 44/13 49/2 61/11 62/14
$350,000 [1]  61/19
$4,520 [1]  16/22
$40,000 [1]  45/1
$400,000 [1]  49/10
$50,000 [1]  8/11
$500 [1]  25/23
$58,000 [1]  8/15
$71,000 [1]  26/14
$8000 [1]  23/1

## 0

00001 [1]  9/1
00034 [3]  3/4 6/2 66/1
08-22-2019 [1]  55/5
08-22-2024 [1]  55/6

## 1

1-8 [1]  10/25
1.2 million [1]  65/5
10 [2]  3/14 29/8
1099s [2]  17/9 17/11
11 [1]  29/8
1119 [1]  15/20
11th [1]  20/25
12 [1]  29/8

13 [3]  6/4 13/15 29/9
14 [1]  29/9
15 [3]  23/8 29/9 62/4
18 [2]  23/23 35/2
1821 [1]  5/25
19 [2]  14/17 15/11
1984 [1]  59/15

## 2

20 [3]  16/10 17/19 59/21
2011 [1]  54/11
2012 [2]  16/23 52/17
2019 [10]  17/9 17/10 17/12 17/13 20/3 20/5 22/19 54/23 55/5 55/7
2020 [1]  43/19
2020-2021 [1]  44/8
2021 [6]  17/12 22/10 22/17 25/5 44/8 49/3
2022 [10]  5/21 6/5 15/9 15/9 19/24 22/10 22/17 22/18 43/19 49/3
2023 [7]  9/20 10/12 17/9 19/13 20/25 30/14 36/23
2024 [11]  1/5 17/11 17/14 20/25 21/1 25/5 48/8 54/24 55/6 55/7 67/13
20th [1]  10/12
21 [2]  18/1 19/19
2100 [3]  15/19 23/3 23/10
21ST [1]  67/13
22 [2]  24/17 27/20
22nd [2]  54/23 54/24
23 [1]  27/20
23rd [1]  10/13
24 [1]  27/20
246 [1]  1/19
25 [1]  27/20
26 [2]  24/17 27/20
26th [1]  20/25
27 [3]  25/16 26/1 27/1
28 [1]  1/5
2s [5]  17/9 17/11 17/13 39/25 40/11

## 3

30 [1]  63/18
300 [1]  1/13
30263 [1]  1/19
31 [2]  3/4 66/1
31201 [1]  1/13
3142 [1]  61/1
3142F1 [1]  59/4
3142F2 [1]  58/24
3511 [1]  1/14

## 4

400 [1]  1/13
4251 [2]  23/15 24/4
4403 [1]  1/20
470-683-4403 [1]  1/20
478-752-3511 [1]  1/14
4:00 [1]  42/11
4:24-CR-00001 [1]  9/1
4:24-CR-00034 [3]  3/4 6/2 66/1
4:24-cr-00034-CDL-CHW [1]  1/4

## 5

5th [1]  15/9

## 6

640 [1]  6/24
6th [2]  15/9 16/23

## 7

70 [1]  7/15

## 8

80 [1]  33/21

## 9

9-19 [1]  15/11

## A

AA [1]  52/18
abated [1]  65/10
abided [1]  54/6
ability [5]  43/12 63/7 64/19 64/25 67/7
able [24]  15/22 16/25 17/3 17/6 19/3 20/14 21/25 22/6 22/24 23/6 23/10 23/13 31/10 36/24 43/23 47/1 49/11 49/14 54/7 55/2 57/21 64/13 64/13 64/14
about [37]  5/5 8/3 20/6 21/22 23/15 23/23 24/12 26/5 30/3 30/8 31/7 34/12 34/25 35/9 35/23 36/14 40/7 43/19 46/13 47/16 49/10 50/6 52/1 53/20 53/23 54/25 58/11 59/24 60/6 60/11 60/15 60/24 61/13 61/19 65/4 65/5 65/18
above [1]  67/8
above-entitled [1]  67/8
access [2]  45/11 63/7
account [17]  7/13 9/18 10/7 11/9 12/5 12/23 18/18 18/19 22/4 24/14 25/18 26/15 26/16 44/14 45/8 61/25 62/14
Accountant [1]  21/21
accounts [18]  7/4 10/6 18/18 21/17 21/19 21/22 21/25 22/11 25/13 26/13 28/4 45/3 46/11 49/1 49/8 49/11 60/2 61/12
acquired [3]  21/23 26/18 44/13
Act [4]  48/5 58/23 59/14 61/18
active [1]  32/14
activities [1]  34/2
activity [1]  62/11
acts [1]  50/8
actual [3]  14/3 29/13 52/12
actuality [1]  6/19
actually [27]  6/15 12/13 27/9 27/11 28/2 28/4 28/23 29/17 38/22 39/14 40/4 46/21 51/18 51/20 52/5 52/7 52/9 52/11 53/11 53/19 54/15 55/14 57/7 57/8 58/10 62/17 64/16
add [1]  63/5
addition [5]  41/3 44/9 51/5 52/15 53/8
additional [4]  7/8 14/4 20/24 37/18
additionally [5]  13/24 17/9 18/21 19/5 26/12
address [24]  10/10 11/22 11/23 15/19 15/22 18/22 18/22 23/16 23/18 23/23 23/24 24/1 24/4 24/7 24/8 24/9 33/21 33/24 34/7 38/13 43/9 47/21 58/5 62/17
addresses [9]  23/6 33/23 35/16 35/17 35/21 35/22 51/4 62/18 62/20
addressing [1]  43/9
admit [7]  12/9 12/12 15/11 17/19 19/19 25/8 25/25
admitted [7]  13/6 13/9 15/13 17/21 19/21 25/10 26/3
adopt [1]  55/23
advertisement [4]  25/17 25/20 27/3 28/5

**A**

affiliations [2]  6/25 56/6
after [4]  7/4 26/12 30/8 42/11
afternoon [1]  5/2
again [11]  4/11 11/24 14/2 14/19 19/15 25/1 41/11 46/10 47/14 56/9 61/6
against [2]  53/5 55/14
age [3]  11/19 23/24 51/8
agent [33]  2/2 4/25 5/11 5/16 5/19 10/1 10/24 10/25 12/25 13/14 13/21 14/3 14/17 15/15 16/9 17/25 19/23 29/22 30/20 30/24 32/5 36/16 41/25 46/11 47/16 47/19 48/24 49/13 50/1 59/25 62/3 62/8 62/16
Agent Paul [1]  41/25
agent's [6]  10/3 10/5 11/13 11/15 29/22 47/25
agents [3]  36/11 50/4 60/1
ago [2]  3/6 30/17
agreement [4]  16/3 16/16 40/8 43/20
ahead [2]  4/15 5/2
air [1]  56/24
Alabama [2]  45/15 55/3
alarming [1]  58/12
Alexis [1]  46/17
alias [1]  15/5
aliases [1]  43/11
all [48]  3/15 4/5 4/15 5/3 13/4 15/13 18/17 20/19 28/18 33/25 35/16 37/25 41/24 41/25 42/12 42/16 44/16 47/1 47/12 48/15 48/21 49/16 49/20 51/1 51/8 53/13 53/25 54/12 55/16 56/6 57/1 57/16 57/17 57/20 58/1 58/3 58/14 58/22 61/21 62/12 62/19 62/22 63/5 63/23 65/9 65/20 65/25 66/2
allegations [3]  49/24 49/25 60/20
alleging [1]  54/24
allow [1]  58/20
allowed [1]  57/16
alluding [1]  56/11
almost [1]  56/8
alone [3]  32/22 44/12 47/10
along [2]  10/8 49/23
already [4]  4/10 56/25 61/22 65/17
also [51]  4/9 6/24 8/5 8/10 8/21 11/7 12/2 12/7 15/15 16/21 18/7 18/25 19/3 20/23 21/11 21/18 22/6 24/9 24/13 26/8 27/20 31/19 32/19 34/12 34/22 35/9 38/23 40/12 41/8 44/24 45/17 46/9 48/6 49/2 49/9 50/13 51/5 51/21 52/2 53/1 53/8 53/10 53/17 54/10 55/19 56/21 57/10 60/23 62/1 63/2 64/24
although [3]  45/16 57/10 61/9
always [3]  61/6 65/2 65/15
am [11]  3/10 15/12 25/1 26/7 32/2 32/6 33/10 34/15 34/21 58/18 64/8
AMERICA [4]  1/4 18/12 18/17 18/24
amount [6]  21/6 25/1 58/3 58/20 64/12 64/21
analysis [2]  21/19 26/13
ankle [5]  64/9 64/13 65/4 65/11 65/13
annual [3]  38/23 39/1 39/5
another [3]  11/25 34/13 50/5
answer [1]  56/17
answering [1]  37/16
any [73]
anybody [2]  29/5 56/19
anyone [2]  53/15 57/24
anything [18]  17/8 17/10 28/10 30/7

30/8 30/9 30/23 36/14 38/2 41/14 49/23 51/19 55/16 56/7 56/14 62/9 65/20 65/23
anywhere [5]  18/23 35/14 57/23 60/14 64/25
apart [1]  55/13
apartment [9]  15/20 16/5 16/12 18/4 19/15 23/2 43/14 43/23 43/24
Apartments [1]  15/16
apparent [1]  61/17
apparently [1]  63/14
appear [4]  12/18 19/5 45/15 53/23
appearance [3]  46/20 63/11 64/2
APPEARANCES [1]  1/11
appeared [5]  11/17 21/13 25/14 26/11 53/25
appears [9]  13/24 20/2 21/12 24/25 25/3 26/18 27/3 27/7 30/16
Apple [6]  9/18 11/8 12/22 14/20 19/6 29/11
application [8]  8/20 16/2 16/12 16/19 17/15 19/12 43/14 46/9
applications [9]  6/21 7/1 7/15 7/19 8/16 8/18 8/22 20/24 45/23
applied [1]  18/4
apply [2]  6/13 31/18
approach [5]  9/9 10/21 13/10 16/6 17/22
approaches [1]  63/16
approaching [1]  30/17
appropriate [2]  47/5 48/23
approved [1]  7/3
Approximate [1]  22/5
approximately [12]  7/15 7/16 8/10 8/11 8/14 8/15 21/5 21/7 22/3 22/10 23/5 26/14
approximation [1]  28/15
April [2]  6/5 36/23
are [83]
area [6]  35/21 35/23 37/21 50/25 51/7 51/22
aren't [5]  49/21 54/13 61/16 61/17 64/22
argument [8]  42/6 42/11 42/21 42/22 42/25 43/4 48/13 63/12
around [7]  9/20 10/12 10/14 27/16 51/9 51/17 63/14
arrest [2]  64/9 64/15
arrested [2]  53/16 55/6
arrive [1]  3/24
as [70]
ask [7]  20/6 23/15 24/12 25/12 26/5 40/7 58/1
asked [3]  15/2 37/8 64/17
asking [5]  9/11 19/9 29/5 37/20 58/19
aspects [1]  60/17
asserted [1]  56/14
assessable [1]  53/15
assets [7]  22/24 44/11 44/19 44/23 46/10 47/8 61/17
assistance [1]  8/6
assisted [1]  43/25
associated [16]  7/25 18/23 20/7 20/19 22/14 23/7 23/21 26/8 26/10 31/24 33/23 38/18 39/4 39/19 39/25 62/20
at [47]  6/14 7/23 8/1 11/15 13/4 16/2 16/20 20/5 21/23 22/15 23/2 23/16 23/18 23/24 24/9 26/21 28/18 30/19 33/25 34/6 37/8 37/14 39/13 39/15 40/9 41/21 43/15 44/8 49/25 50/11

51/15 51/25 52/5 52/19 53/15 53/21 53/23 56/6 57/24 62/12 62/18 62/24 63/3 63/19 64/2 65/24 66/2
Atlanta [5]  35/19 35/21 35/23 51/2 62/22
attached [2]  11/2 31/22
attempt [3]  7/12 37/15 37/20
attempted [2]  32/14 54/21
attempting [3]  45/15 45/19 54/3
attend [1]  52/10
attended [1]  52/23
attending [1]  52/19
attends [2]  52/21 52/22
attorney [9]  1/15 1/16 1/17 1/21 37/10 37/15 52/25 53/2 55/2
Attorney's [2]  37/12 55/9
attributed [1]  58/9
August [3]  16/23 54/23 54/24
authenticated [1]  13/8
authentication [2]  12/14 13/1
authenticity [2]  25/2 27/22
auto [9]  6/13 6/16 6/21 7/16 7/19 26/17 45/23 54/11 54/13
Automotive [27]  7/19 7/21 16/23 19/1 19/9 20/8 20/20 20/20 21/11 24/1 24/5 31/25 32/1 32/7 32/23 33/5 38/6 38/7 39/13 40/7 40/9 40/11 40/18 46/4 46/5 46/7 46/8
avoid [1]  37/16
aware [21]  4/11 30/21 30/22 31/1 32/2 32/4 33/10 33/14 34/12 34/19 34/21 34/22 35/8 35/15 37/2 41/16 44/19 44/20 46/19 53/10 63/13
awareness [1]  53/9
away [3]  35/19 35/24 65/14

**B**

back [11]  7/5 7/14 10/19 10/20 22/19 29/8 30/14 42/19 47/24 56/23 60/23
bail [5]  48/5 58/23 59/14 59/15 61/18
Bail Reform [1]  58/23
balance [1]  22/12
bank [24]  6/4 6/4 6/25 7/4 18/12 18/15 18/17 18/17 18/21 18/22 18/23 18/24 21/14 21/17 21/22 22/19 26/13 45/3 45/8 46/11 48/25 49/1 61/12 63/1
banks [1]  21/15
Baptist [1]  52/22
BARRY [1]  1/19
based [8]  20/1 20/16 26/19 32/20 37/18 50/9 58/7 58/24
basis [3]  6/11 6/16 8/24
bdebrow [1]  1/20
be [79]
became [1]  36/21
because [19]  18/16 21/10 24/2 27/24 32/16 32/24 41/21 43/17 43/24 44/25 45/12 46/21 50/11 57/20 58/13 58/17 58/18 59/18 64/21
become [2]  26/11 63/17
been [49]  4/2 5/12 9/7 10/24 11/14 13/14 13/23 16/9 16/22 17/25 24/16 25/15 27/11 30/19 30/23 30/25 32/7 32/13 35/3 35/6 35/10 37/12 44/6 48/15 50/8 51/11 52/1 53/10 54/5 55/4 56/13 56/13 56/14 56/20 56/21 56/24 57/8 58/4 58/6 58/8 58/9 58/16 59/21 61/22 62/23 62/25 63/13 63/20 63/21
before [7]  1/9 5/1 36/25 42/10 54/21 59/15 65/12

B

began [3]  10/1 10/12 52/19
beginning [1]  59/25
behavior [2]  48/2 49/19
being [19]  7/7 24/2 32/10 34/5 35/19
 36/18 50/19 50/19 50/23 52/2 52/5
 55/12 57/4 58/18 61/24 62/12 62/12
 64/14 64/23
believe [17]  3/11 8/23 9/21 11/24 27/14
 29/9 36/17 48/22 49/10 50/22 53/7
 55/11 55/13 57/5 57/6 57/20 58/15
believed [2]  13/22 15/5
belittle [1]  60/9
belonging [1]  21/17
belongs [1]  44/14
benefit [1]  43/22
benefits [1]  8/13
best [1]  67/6
bet [1]  4/7
Betsy [4]  16/24 23/19 46/15 46/16
better [1]  60/25
between [9]  7/17 9/20 14/21 19/7 20/24
 22/10 49/2 49/8 59/21
beyond [3]  34/18 46/25 47/18
bigger [1]  60/15
biological [1]  46/15
birthdates [1]  8/21
bit [2]  13/7 59/6
blank [1]  3/21
blanket [1]  64/21
bond [5]  57/18 58/2 58/19 65/5 65/5
born [1]  50/24
borrower [2]  7/6 7/11
both [7]  4/5 4/8 4/23 43/7 49/9 55/4
 66/2
bracelet [1]  23/1
Brady [2]  4/9 4/12
bragging [1]  45/6
brief [2]  14/25 42/10
briefly [2]  5/22 38/3
bring [1]  53/5
broken [1]  65/13
brought [2]  57/11 58/24
BULLSBORO [1]  1/19
bunch [2]  9/12 56/2
burden [5]  42/25 50/13 59/7 59/18
 63/24
burdens [1]  59/6
Bureau [1]  5/17
business [56]  8/2 10/3 11/14 11/16
 12/6 20/11 20/14 20/15 24/1 24/4 26/5
 26/6 26/8 26/10 26/12 26/18 31/16
 31/23 32/9 32/10 32/15 32/22 33/20
 33/25 34/2 34/3 34/4 34/5 34/9 38/10
 38/13 38/15 38/15 38/16 38/22 39/2
 39/12 39/14 40/4 40/20 40/23 44/5
 46/6 48/13 48/14 48/16 52/4 52/8
 52/12 52/20 60/1 62/4 62/7 62/11
 62/17 66/1
businesses [19]  7/18 7/23 7/24 20/6
 20/19 34/6 39/4 39/9 39/19 39/22 40/1
 40/3 40/20 44/3 46/7 52/1 62/14 62/17
 62/20
businessmen [1]  48/11
but [52]  4/3 5/6 7/24 9/13 12/18 14/3
 15/3 23/23 25/2 27/18 28/6 28/16
 29/20 30/5 30/18 31/2 32/17 32/20
 32/24 33/23 34/4 36/10 39/7 40/11
 43/19 44/4 45/6 47/18 48/1 49/14 50/2
 50/5 51/2 54/19 54/22 55/4 55/7 57/18
 57/22 58/13 58/17 59/8 59/12 59/14
 60/9 60/14 60/20 60/23 61/20 62/7
 63/15 63/22
buying [1]  6/14

C

Cadillac [1]  22/18
calculus [1]  63/16
calendar [2]  3/3 3/3
call [1]  5/2
calling [1]  21/14
came [2]  12/17 53/16
can [20]  3/20 3/21 4/7 5/2 6/10 19/23
 27/17 28/15 31/15 31/19 41/25 52/1
 53/14 54/7 56/7 57/3 60/5 63/8 64/24
 65/14
can't [6]  28/18 32/10 33/15 35/25 50/18
 56/11
cannot [2]  44/21 54/14
capacity [1]  5/18
captured [1]  35/3
car [5]  6/12 15/1 21/11 41/19 61/14
carbon [1]  28/17
card [5]  10/3 11/14 11/16 12/6 60/1
cares [1]  51/9
carried [1]  54/1
carries [1]  49/20
cars [3]  61/15 61/19 63/3
Carter [3]  15/3 15/5 63/3
case [71]
cases [4]  4/8 7/8 54/12 59/15
cash [14]  22/9 23/2 25/2 28/17 44/21
 45/1 45/7 45/10 45/10 45/22 49/3
 61/15 61/18 63/6
CCR [2]  1/24 67/18
CDL [1]  1/4
certain [4]  6/25 35/25 37/2 64/11
certainly [7]  13/8 28/15 60/9 60/14
 63/15 65/11 65/15
certificate [2]  40/25 66/15
certify [1]  67/5
challenging [1]  48/12
chance [2]  55/25 61/8
change [1]  3/11
changes [1]  63/16
character [1]  60/25
charge [2]  25/22 49/18
charged [7]  8/25 43/18 47/9 54/2 57/12
 57/13 57/14
Charger [1]  22/18
charges [14]  3/6 6/3 28/9 37/16 45/16
 46/20 53/9 55/14 56/2 56/5 56/24 58/5
 60/19 60/19
CHARLES [1]  1/9
check [1]  41/17
Chevrolet [1]  22/17
children [7]  10/8 12/4 13/22 14/5 47/23
 48/1 60/4
church [2]  52/21 52/22
CHW [1]  1/4
circumstances [1]  61/1
city [3]  11/19 52/12 52/16
claim [1]  7/11
claiming [1]  18/21
clear [7]  48/4 50/14 50/17 56/11 57/2
 59/7 59/19
clearly [2]  46/9 48/19
client [20]  7/11 29/25 29/25 30/20
 30/24 49/19 50/7 50/10 50/19 50/23
 54/20 55/6 56/15 56/21 57/4 57/8
 57/10 57/14 57/18 58/18
client's [2]  49/19 53/21
clients [1]  6/23
close [2]  9/11 9/13
closer [2]  63/18 63/18
club [2]  34/13 52/9
code [1]  59/4
codefendant [6]  6/17 14/15 36/7 36/8
 47/22 47/25
codefendants [3]  7/17 36/2 37/4
collateral [1]  7/2
collecting [1]  52/6
COLUMBUS [18]  1/2 1/6 11/20 15/17
 33/21 34/12 34/23 35/19 46/21 50/25
 51/7 51/22 52/9 52/12 52/16 52/18
 52/19 62/22
combination [3]  59/9 64/1 65/3
come [4]  32/3 41/25 56/23 57/2
comes [1]  61/10
comfortably [1]  63/9
coming [5]  6/21 34/23 37/17 53/25
 61/13
comment [1]  59/20
Commission [1]  7/10
commit [1]  6/4
committed [3]  50/7 50/8 50/10
common [3]  28/4 28/6 50/5
communicate [1]  56/16
communicated [1]  56/18
communication [1]  53/17
community [16]  4/24 43/8 44/23 48/7
 48/11 48/14 48/21 50/19 50/25 52/14
 52/21 55/22 59/10 59/17 59/20 60/23
companies [4]  31/7 31/10 52/3 52/4
company [6]  20/9 33/8 34/17 38/19
 38/21 41/22
compare [1]  17/3
completed [4]  21/19 54/11 54/12 54/17
completely [3]  18/15 51/16 55/12
completions [1]  64/17
complex [1]  18/4
compliance [9]  31/13 31/16 33/14
 33/15 33/17 52/3 62/6 62/8 62/9
compliant [1]  64/19
complied [1]  54/3
complying [1]  53/22
component [1]  55/20
conceded [1]  62/21
concern [4]  45/11 60/10 63/22 64/10
concerned [2]  58/11 59/24
concerning [5]  44/8 45/24 47/2 48/2
 58/14
concerns [5]  47/13 60/11 60/14 60/15
 65/18
concluded [2]  50/6 66/13
concludes [1]  65/25
conclusion [2]  3/3 57/2
condition [3]  59/8 64/1 65/3
conditions [9]  57/3 59/9 63/9 63/10
 64/1 64/20 65/3 65/10 65/17
conduct [4]  43/17 43/19 47/9 52/8
conducted [4]  20/2 32/10 44/5 46/6
conducting [4]  20/14 26/13 39/14 40/4
Conference [1]  67/10
confidence [1]  63/10
conformance [1]  67/9
conman [1]  48/15
connected [1]  32/17
consider [2]  52/25 65/7
consideration [1]  63/15

## C

considered [5] 64/9 64/18 65/1 65/9 65/14
consistent [1] 60/20
consists [1] 56/1
conspiracy [1] 6/3
consumer [2] 6/7 6/10
contact [9] 21/15 30/20 36/17 37/7 37/10 37/13 37/14 46/17 56/13
contacted [2] 35/4 55/1
contain [4] 16/16 18/14 18/25 47/18
contained [10] 11/11 13/19 14/8 14/23 18/11 20/7 24/23 45/17 46/22 46/24
containing [3] 10/3 10/9 11/25
contains [2] 12/3 45/14
content [1] 10/17
contention [3] 44/10 44/17 45/10
contested [2] 44/3 54/20
continue [4] 10/4 41/9 43/21 51/21
continued [1] 3/7
continuing [3] 43/20 45/21 45/23
control [1] 61/2
controlled [2] 22/1 22/4
conversation [5] 36/5 36/7 36/8 36/10 59/25
convincing [6] 50/14 50/17 56/11 57/2 59/7 59/19
copies [3] 3/18 9/8 12/18
copy [3] 3/17 13/4 28/17
Corporation [10] 6/8 7/20 20/20 24/5 38/7 38/7 39/13 46/5 46/5 46/8
correct [43] 3/13 7/22 8/7 9/5 9/6 10/16 11/6 11/10 12/24 13/18 14/10 14/13 15/21 18/10 19/14 19/17 20/22 24/6 27/23 28/1 28/11 28/19 28/25 29/21 29/24 30/1 35/10 35/11 37/11 37/24 38/8 38/9 38/24 39/3 39/18 40/9 40/10 40/12 40/13 41/9 49/4 59/11 67/6
Corvette [1] 22/17
could [16] 5/22 8/8 11/11 13/19 14/23 24/23 28/2 32/20 45/5 45/13 56/14 56/25 58/8 64/20 64/24 65/10
counsel [1] 53/4
count [2] 6/3 23/9
counter [3] 49/23 51/17 55/25
counter-investigate [2] 49/23 55/25
country [2] 37/16 56/22
counts [3] 6/4 6/5 57/13
County [4] 45/18 54/2 55/3 55/8
couple [1] 51/12
course [4] 13/6 17/2 25/24 60/22
court [40] 1/1 5/1 5/23 6/10 9/12 11/11 12/22 13/19 14/23 24/23 31/15 42/16 45/25 46/18 47/4 50/9 50/15 51/10 52/24 53/22 53/25 54/7 54/16 54/16 55/10 55/23 56/10 57/3 57/9 58/1 58/5 64/8 64/14 64/17 64/18 64/20 64/25 67/3 67/4 67/19
court's [4] 42/19 54/6 54/14 64/19
COVID [2] 8/6 46/20
Coweta [2] 45/18 54/2
cr [5] 1/4 3/4 6/2 9/1 66/1
create [2] 43/12 43/21
created [1] 19/11
creating [1] 40/5
credit [9] 6/6 6/23 6/24 20/23 21/8 43/25 48/9 49/1 61/14
crime [1] 61/2
crimes [1] 6/1
criminal [6] 5/24 45/14 46/25 53/21

56/1 60/18
CROSS [1] 20/23
Cru [6] 26/5 26/16 34/12 34/13 34/23 52/9
currency [2] 25/1 25/3
currently [6] 5/16 19/16 23/16 36/5 43/15 45/18
custody [3] 53/16 64/4 64/23
customers [2] 6/14 41/19
CVR [2] 1/24 67/18

## D

damages [2] 30/3 34/25
danger [15] 4/23 43/8 47/15 48/4 48/5 48/21 50/19 55/20 55/22 56/17 57/9 58/15 58/15 59/17 59/20
dangerous [1] 57/7
date [4] 10/11 15/8 25/4 63/16
dated [2] 43/18 67/13
dates [2] 30/14 55/12
day [1] 67/13
days [1] 3/6
deal [2] 53/3 59/16
dealership [2] 21/12 21/14
dealerships [1] 6/12
DEBROW [7] 1/19 3/22 42/24 49/16 59/6 62/5 66/1
December [2] 5/21 36/22
deception [1] 61/5
defaults [1] 59/15
defendant [28] 1/6 1/18 4/3 4/23 6/3 8/4 22/24 43/7 43/21 44/6 44/15 45/11 45/12 46/20 47/6 47/7 47/8 47/12 48/6 58/25 60/12 60/17 60/24 61/12 61/19 62/21 63/20 65/8
Defendant's [3] 60/22 63/11 64/2
defendants [4] 58/2 58/4 58/20 65/11
Defense [9] 26/22 40/15 42/8 49/16 53/6 61/8 62/21 63/13 65/23
defenses [1] 61/9
defy [1] 64/14
demonstrated [2] 44/7 45/20
Department [12] 17/4 17/5 17/7 17/8 17/10 20/17 20/17 32/21 39/16 39/16 62/10 62/10
deposit [2] 6/7 25/23
deposited [3] 7/4 21/16 21/17
deposits [1] 48/25
describe [4] 5/22 8/8 8/24 24/23
Designation [2] 1/17 1/22
desire [1] 53/1
desired [1] 36/15
destructive [1] 61/3
detail [1] 41/14
details [1] 46/14
detain [2] 4/22 43/7
detention [13] 1/9 3/2 3/8 4/15 47/5 47/11 48/22 57/15 59/2 59/5 60/21 64/3 65/19
determination [2] 50/8 50/9
determine [9] 15/22 16/25 17/6 19/3 20/14 23/6 23/10 39/12 47/19
device [1] 61/3
devices [1] 28/12
diamond [1] 23/1
did [59] 3/12 3/17 6/6 6/15 7/12 7/13 8/4 8/16 8/21 8/23 15/4 15/15 15/18 15/25 17/8 17/10 18/13 18/14 20/3 20/23 21/8 21/18 21/21 21/22 22/9 22/11 23/2 24/9 24/11 24/13 24/15

25/12 29/1 29/2 29/3 29/4 29/5 29/16 29/17 30/12 32/12 33/6 33/12 34/1 34/2 34/4 34/16 39/4 39/7 39/8 39/9 39/19 39/21 41/17 47/18 49/6 49/11 50/7 65/6
didn't [8] 3/24 29/19 30/8 33/4 41/21 57/1 60/13 62/3
different [15] 8/17 8/19 8/21 12/5 12/7 14/2 16/20 18/19 41/6 43/10 49/8 49/11 54/25 55/12 62/4
differently [1] 64/25
digitally [1] 67/7
DIRECT [1] 5/14
directly [1] 56/13
disappear [2] 45/13 65/11
disclose [1] 4/12
disclosure [3] 4/9 46/10 46/12
discovered [1] 26/14
discovery [1] 61/8
discuss [1] 55/21
discussed [5] 4/10 13/17 16/14 18/9 24/21
discussing [3] 9/23 9/25 19/8
dishonesty [1] 65/9
dismissed [2] 55/9 55/14
Dispatch [1] 33/9
Dispatching [2] 33/7 34/11
displayed [2] 47/8 48/7
disposition [1] 45/16
disregard [1] 45/20
district [8] 1/1 1/1 47/4 51/1 55/2 55/9 67/4 67/5
disturbing [1] 48/2
divest [1] 44/18
divested [2] 44/11 47/7
DIVISION [1] 1/2
do [44] 3/15 3/15 3/18 3/21 4/25 5/4 5/7 8/24 9/15 9/16 12/18 13/1 19/25 24/17 24/19 31/19 31/20 33/4 34/16 35/13 36/15 36/16 39/19 40/18 40/20 40/24 41/3 41/6 41/9 49/5 51/13 53/7 53/19 54/8 54/8 56/20 59/20 60/6 63/23 64/16 64/17 65/2 65/15 67/5
docket [1] 55/2
document [1] 62/6
documentation [3] 43/17 43/22 43/24
documents [7] 9/15 9/17 12/17 18/3 18/7 43/13 63/8
Dodge [1] 22/17
does [15] 16/16 16/18 18/25 19/2 25/22 25/23 32/3 36/14 38/10 42/20 47/13 51/19 54/17 56/5 61/4
doesn't [7] 28/9 31/20 38/12 52/14 55/22 61/3 61/25
doing [1] 65/16
dollars [6] 45/4 45/7 51/14 51/18 61/11 63/6
don't [24] 3/10 3/22 8/23 9/12 12/18 13/25 26/20 27/18 27/24 28/24 28/25 32/24 33/16 33/23 40/14 41/14 57/4 57/6 59/18 60/9 62/2 63/9 63/21 65/17
done [3] 27/8 44/17 55/19
down [4] 4/7 41/25 45/25 61/10
DR [1] 1/19
DRAMMEH [4] 1/24 1/25 67/3 67/18
draw [1] 63/21
Drive [4] 23/15 23/21 24/4 33/21
driven [1] 32/8
drug [2] 56/6 56/6
drugs [1] 56/5

duly [1]  5/12
during [7]  8/4 18/20 20/15 36/1 44/11 44/12 45/2
duty [2]  4/12 65/15

**E**

each [9]  4/6 4/22 7/18 8/17 8/20 22/21 39/19 43/9 55/13
earlier [4]  27/21 31/10 34/25 41/11
early [3]  44/8 53/2 61/8
earning [1]  48/16
earnings [1]  39/2
easily [2]  58/8 65/10
educated [1]  52/16
effort [1]  31/20
EIDL [1]  8/11
eight [1]  21/23
EIN [1]  31/18
either [1]  56/15
elicited [1]  46/24
else [11]  14/1 38/2 52/24 55/16 56/15 56/19 58/6 62/9 63/4 65/20 65/23
else's [1]  57/11
elude [3]  45/15 45/19 54/3
Email [2]  1/14 1/20
employed [3]  5/16 5/18 16/22
employees [1]  62/12
employer [3]  17/15 46/4 46/8
employment [10]  16/3 17/3 17/7 17/17 18/5 18/25 19/23 20/1 44/2 44/7
end [3]  7/1 63/19 66/14
ended [1]  17/3
ends [1]  19/10
enforcement [3]  23/12 37/11 53/17
engaged [2]  37/18 38/17
enlarged [3]  11/4 14/7 29/13
enough [2]  57/6 60/21
enter [3]  3/6 4/5 65/19
entered [3]  3/11 4/8 36/23
entering [2]  54/11 54/13
enterprise [3]  7/20 20/21 24/2
entities [2]  31/25 62/4
entitled [1]  67/8
Escalade [1]  22/18
essentially [5]  11/5 44/10 44/18 45/13 45/20
establish [3]  49/19 50/20 52/14
established [4]  57/7 57/7 57/9 59/1
establishment [1]  34/20
even [13]  23/25 28/20 46/13 50/2 51/19 53/3 53/23 53/25 54/12 57/14 59/2 62/21 64/12
evening [1]  52/11
ever [11]  29/1 29/3 29/5 32/7 32/12 32/14 39/4 39/22 39/25 40/1 52/10
every [3]  39/7 44/14 51/13
everybody [2]  3/8 57/11
everyone [1]  58/6
evidence [30]  4/13 4/25 12/10 12/13 17/19 20/9 25/8 26/1 26/19 27/18 42/1 42/4 42/7 44/25 50/17 57/3 57/24 59/7 59/13 59/19 59/22 60/23 61/6 61/10 62/1 62/24 63/2 63/17 63/24 63/25
evident [1]  47/9
exact [5]  28/17 55/12 57/13 62/2 62/3
exactly [1]  29/16
EXAMINATION [4]  5/14 26/23 38/4 40/16
examine [1]  54/7

example [1]  65/6
except [1]  23/1
exchange [1]  14/25
exculpatory [1]  4/13
excused [2]  42/3 66/2
execute [3]  3/14 24/9 24/13
executed [5]  4/2 9/3 11/8 23/3 54/16
exhibit [16]  9/8 10/25 11/5 14/9 14/17 16/10 17/19 18/1 19/19 25/16 26/1 27/1 29/14 29/20 36/6 36/7
Exhibit 1 [4]  9/8 11/5 14/9 36/7
Exhibit 19 [1]  14/17
Exhibit 20 [2]  16/10 17/19
Exhibit 21 [2]  18/1 19/19
Exhibit 27 [3]  25/16 26/1 27/1
exhibits [7]  12/9 13/15 15/11 24/17 25/8 27/20 35/2
Exhibits 22 [1]  27/20
Exhibits 9 [1]  13/15
exist [4]  18/19 39/10 44/3 44/4
exists [1]  33/10
expenditures [1]  21/20
expensive [1]  61/22
explain [7]  6/10 11/11 13/19 14/23 19/23 55/1 55/3
explains [1]  55/11
explosives [1]  61/3
extend [1]  52/21
extensive [1]  51/4
extent [2]  52/6 57/19
extra [2]  3/18 33/4
extremely [2]  47/2 48/4

**F**

face [1]  53/4
Facebook [8]  10/6 10/7 12/3 12/5 13/23 24/14 25/18 47/24
fact [8]  14/3 46/25 53/11 53/12 53/13 56/19 57/16 64/16
factor [1]  60/11
factors [3]  47/5 47/10 61/1
facts [1]  8/24
failure [2]  45/15 53/23
fair [1]  22/21
fake [4]  28/2 28/5 45/5 62/19
false [2]  6/5 17/1
falsely [2]  7/9 7/10
falsified [10]  7/15 16/16 16/19 18/14 19/4 19/5 43/12 43/21 43/24 45/23
familiar [3]  26/6 32/1 33/7
family [9]  10/8 13/21 14/4 20/2 23/25 26/15 29/22 51/5 51/6
far [7]  30/3 34/8 35/19 37/3 49/19 51/2 56/22
farthest [1]  35/19
FBI [8]  2/2 5/11 5/18 5/20 11/16 21/21 24/15 47/20
February [1]  54/10
federal [18]  5/17 5/24 6/6 6/7 6/22 6/25 7/10 9/21 10/15 20/23 21/2 21/8 44/19 48/9 49/1 61/14 67/3 67/19
fee [9]  7/7 7/8 25/22 25/23 25/23 31/22 33/19 38/18 38/20
feedback [1]  41/18
feel [1]  55/9
fees [3]  31/22 31/24 54/5
felonies [1]  54/18
few [3]  3/6 26/12 26/25
fight [1]  58/5
figure [1]  45/4

figured [1]  21/13
file [4]  7/9 31/17 36/24 50/3
filed [6]  4/21 19/12 40/11 62/6 62/9 62/13
files [1]  29/15
filing [1]  39/7
finally [1]  63/12
financial [11]  5/25 16/3 18/5 21/19 26/13 43/12 43/22 46/12 48/6 48/7 48/21
find [3]  34/2 63/23 65/13
finds [2]  44/21 48/2
fine [1]  42/13
fines [1]  54/5
finish [1]  52/20
firearm [1]  61/3
first [11]  3/3 4/19 6/2 10/3 11/13 11/16 43/9 43/9 45/24 50/24 54/13
five [5]  8/1 8/9 21/5 42/11 51/22
flag [1]  21/8
flagrant [1]  45/20
fled [1]  63/14
flee [1]  58/25
fleeing [3]  45/14 45/19 54/3
flight [16]  4/23 43/7 43/10 47/10 47/12 50/19 50/23 50/24 51/16 53/1 53/19 57/4 59/12 60/12 60/15 64/10
flyer [1]  25/17
focus [2]  38/6 63/17
focused [1]  39/13
follow [1]  54/14
followed [1]  54/16
following [2]  7/8 20/3
follows [1]  5/13
foregoing [1]  67/6
Forensic [1]  21/21
forge [2]  63/7 63/8
forged [2]  18/16 63/1
form [5]  3/15 3/17 8/24 38/13 44/6
format [1]  67/9
formed [1]  6/15
forms [1]  6/11
forth [3]  10/19 10/20 47/24
forward [2]  3/8 20/1
found [5]  31/11 31/13 34/8 47/5 53/14
foundation [1]  12/17
four [4]  6/4 16/21 22/15 55/13
frame [2]  18/20 27/16
frankly [1]  44/7
fraud [10]  6/4 6/4 6/7 6/11 37/18 45/21 46/21 50/10 50/11 60/19
fraudulent [9]  6/13 6/20 20/24 21/9 27/14 44/12 48/8 62/25 63/1
fraudulently [2]  8/5 26/17
front [3]  3/16 3/18 33/16
full [2]  26/16 46/10
funded [2]  21/4 21/5
funding [2]  6/18 6/19
funds [8]  7/3 7/5 21/16 21/24 22/3 26/17 26/19 44/13
further [8]  26/20 35/20 37/13 40/14 42/1 42/2 42/4 52/21
furthest [1]  35/24

**G**

GA [2]  1/13 1/19
gain [1]  43/22
GAMD.USCOURTS.GOV [1]  1/25
general [3]  6/8 17/16 17/17
generally [4]  6/10 34/21 38/21 39/1

**G**

generating [1] 40/4
generations [1] 51/6
GEORGIA [24] 1/1 1/6 8/14 8/15 17/4
 20/17 32/2 32/21 33/10 33/22 35/13
 35/14 35/18 38/19 38/22 39/15 39/16
 40/22 46/21 51/2 51/2 51/24 55/4 67/5
get [9] 3/22 3/25 7/5 31/15 38/10 42/12
 51/13 56/11 65/14
gets [1] 59/4
getting [5] 41/18 51/8 52/4 52/6 60/16
give [7] 5/5 43/3 54/7 57/3 58/4 58/19
 65/7
given [5] 30/7 35/6 36/12 53/7 58/6
go [24] 3/6 3/8 4/10 4/15 5/2 29/8 30/8
 31/15 32/12 33/6 40/25 41/6 49/6
 50/21 52/10 52/11 54/22 56/8 57/23
 58/22 60/13 60/16 64/25 65/4
God [1] 5/6
going [25] 3/22 6/6 11/20 12/2 13/5
 14/16 15/12 23/8 25/2 27/20 27/21
 28/10 28/16 31/2 32/24 38/16 38/17
 42/7 43/1 48/18 55/11 60/23 60/25
 63/21 65/19
gone [7] 23/25 52/2 52/3 52/5 53/13
 56/22 61/18
good [2] 43/2 65/25
Google [1] 47/19
got [5] 8/1 11/21 52/18 58/13 59/6
gotten [2] 12/19 41/19
government [43] 1/12 1/17 4/3 4/11
 4/16 4/19 4/21 12/9 15/10 17/18 19/18
 25/7 25/25 38/2 42/1 42/4 42/20 42/25
 43/6 44/2 44/19 44/21 45/12 47/2
 47/13 48/2 49/18 50/14 50/22 51/25
 53/5 53/20 55/17 55/24 58/24 59/1
 59/8 59/19 60/24 61/17 62/24 63/24
 65/20
Government's [28] 4/14 9/7 10/25 11/5
 12/9 13/15 14/9 14/17 15/11 16/10
 17/19 18/1 19/19 24/16 25/15 26/1
 26/25 27/20 29/8 29/20 35/1 36/6 36/6
 44/9 44/17 45/10 61/10 64/3
grade [1] 52/23
graduated [1] 52/17
Grames [1] 6/17
grand [7] 9/4 15/16 15/25 16/13 17/4
 18/8 18/16
grandmother [3] 23/19 23/22 46/16
grandparents [1] 51/7
grant [1] 64/3
Gray [2] 6/17 49/9
great [1] 54/6
Greystone [3] 15/16 18/3 18/8
Grimes [14] 9/20 9/23 11/3 14/11 14/14
 14/15 29/21 36/8 36/9 49/9 58/10
 58/12 60/1 60/3
grounds [3] 4/22 43/7 43/8
Guard [3] 15/19 23/3 23/10
guess [5] 12/16 27/12 45/5 56/16
 64/20
guilty [3] 3/23 4/5 50/12

**H**

had [32] 3/7 6/23 12/7 17/11 19/6
 19/11 26/16 31/2 36/1 36/8 36/10
 37/10 40/20 40/25 47/7 47/8 49/21
 49/22 51/13 51/14 51/17 53/16 53/22
 54/20 55/25 56/7 57/14 57/22 61/8
 61/19 64/12 65/11

hadn't [1] 59/21
HALL [84]
Hall's [19] 3/5 7/4 9/18 11/2 11/8 12/23
 18/17 19/23 23/2 23/11 28/7 33/7 33/9
 34/8 34/10 34/11 39/22 40/1 40/3
hallmarks [1] 47/12
Halls [1] 21/19
Halls' [2] 24/12 24/13
hand [1] 14/16
handed [13] 9/15 11/1 13/14 14/7
 14/18 16/9 16/10 17/25 18/1 24/16
 24/18 25/15 25/16
handing [1] 10/24
handling [1] 3/10
hands [1] 51/15
hanging [1] 56/24
HANSIS [7] 1/13 4/4 4/20 9/10 42/20
 65/20 66/2
Hansis' [1] 3/9
happened [4] 36/24 49/5 55/5 56/12
happening [3] 27/11 41/15 56/24
happens [1] 21/11
happy [1] 43/3
hard [2] 52/13 57/2
harm [5] 36/14 48/5 48/6 48/7 57/24
has [102]
hasn't [8] 30/19 30/23 44/7 53/12 53/13
 56/8 61/8 63/14
have [97]
haven't [3] 13/3 34/8 36/19
having [2] 5/12 17/2
he [168]
he's [20] 19/15 23/17 23/21 32/4 35/13
 43/8 44/15 45/22 48/13 48/19 51/1
 51/16 51/24 53/10 56/22 56/23 57/23
 57/23 63/13 64/16
hear [3] 4/19 9/13 43/5
hearing [5] 1/9 12/14 57/15 57/19 59/5
hearings [1] 3/2
held [2] 48/10 48/17
Hellcat [1] 22/18
help [2] 5/6 52/14
her [45] 5/2 10/3 10/6 10/6 10/7 10/8
 10/8 10/9 11/16 11/16 11/18 11/19
 11/21 11/22 11/22 11/23 12/1 12/1
 12/1 12/2 12/3 12/4 12/6 12/21 13/21
 13/22 13/22 13/23 13/25 14/3 14/4
 15/1 36/10 36/14 36/15 36/17 36/19
 42/24 46/19 47/21 47/23 50/4 56/18
 56/18 58/16
here [24] 3/6 5/8 9/12 11/13 13/7 16/21
 18/18 28/20 46/12 46/19 47/11 50/1
 50/14 50/25 51/12 51/13 51/20 54/9
 56/8 57/6 57/23 58/17 61/20 62/19
hereby [1] 67/5
high [6] 7/1 22/11 50/20 50/20 51/12
 52/17
high-end [1] 7/1
higher [2] 43/25 59/18
Highland [1] 52/22
him [30] 9/20 14/21 18/19 18/23 19/8
 19/9 19/10 23/14 29/5 32/2 35/16 37/6
 37/21 44/20 44/23 46/2 47/14 48/20
 51/21 53/6 54/4 54/7 54/8 57/22 58/1
 58/4 58/10 58/19 58/20 64/14
himself [9] 36/15 44/11 44/18 47/7
 48/10 48/13 56/15 62/12 62/14
hired [1] 52/25
his [60] 3/11 6/16 7/17 8/2 16/21 16/23
 17/2 17/3 20/4 23/19 23/19 23/22

23/25 25/13 26/13 26/14 32/4 34/19
 37/3 37/14 44/11 44/15 44/16 44/18
 45/17 45/24 45/25 46/8 46/8 46/10
 46/12 46/14 46/15 46/16 46/16 46/25
 49/20 51/6 51/7 51/7 51/15 51/18
 51/23 51/24 52/1 52/18 52/20 53/6
 53/6 53/9 54/12 54/18 55/22 56/1 56/4
 56/17 58/5 62/23 63/16 64/19
history [16] 6/24 19/23 44/1 45/14
 46/25 47/7 53/21 53/22 55/22 56/1
 56/4 56/5 56/6 57/7 60/18 60/22
hit [1] 44/14
holding [1] 24/25
home [5] 10/9 11/22 11/23 47/21 51/3
honestly [1] 23/8
Honor [33] 3/10 4/16 4/21 9/9 10/21
 12/8 12/24 13/10 15/10 16/6 17/18
 19/18 25/7 25/25 26/20 38/3 42/5
 42/22 43/1 43/3 43/6 43/17 44/9 45/24
 47/2 48/3 48/21 48/22 49/4 49/7 49/15
 55/18 65/22
HONORABLE [1] 1/9
hour [1] 65/13
house [2] 64/9 64/15
Houston [3] 55/3 55/4 55/8
how [18] 5/20 7/24 8/8 12/19 16/25
 21/2 21/8 21/22 22/3 22/6 22/9 22/14
 23/6 23/10 23/21 26/10 49/12 49/13
husband [5] 12/3 13/22 47/23 60/3
 60/4
husband's [3] 10/7 11/22 12/1

**I**

I'd [1] 43/8
I'm [20] 10/24 12/11 12/16 13/3 13/5
 23/8 28/16 28/22 30/22 31/1 35/8
 35/15 40/19 41/16 43/3 46/23 48/12
 51/5 62/19 65/19
I've [11] 4/9 11/1 14/7 14/17 18/1 24/16
 25/15 25/16 32/13 65/11 65/16
iCloud [7] 9/18 11/8 12/23 12/23 14/20
 19/6 29/11
idea [1] 50/23
identified [3] 7/1 47/23 47/23
identities [1] 63/8
identity [4] 7/9 7/12 11/15 38/15
if [26] 3/20 9/13 13/25 20/14 27/24
 31/18 32/14 33/17 39/12 40/20 41/14
 51/12 51/17 51/19 54/22 56/24 57/1
 57/21 58/15 59/21 63/3 64/6 64/8
 64/10 64/12 65/5
illicit [1] 26/19
image [1] 11/13
images [17] 10/18 10/20 11/12 13/15
 13/20 14/8 14/11 24/24 24/25 29/8
 29/9 29/11 30/2 35/1 47/16 47/24
 47/25
imagine [1] 41/7
implied [1] 56/7
imply [1] 56/17
important [2] 52/24 55/10
importantly [1] 48/3
impossible [1] 50/22
in [226]
in-laws [1] 12/1
inaudible [2] 9/8 55/10
inception [1] 50/2
incident [1] 59/23
include [2] 18/4 19/10
including [6] 10/6 10/8 11/19 13/22

**I**

including... [2]  17/9 58/9
income [11]  16/22 19/25 20/3 20/4
 32/19 39/1 40/4 44/6 48/16 62/15 63/1
indecipherable [4]  23/20 47/3 50/16
 58/21
independently [1]  47/1
INDEX [1]  2/1
indicate [3]  55/22 61/18 62/11
indicated [6]  18/11 40/8 46/12 46/14
 46/16 61/19
indicates [1]  62/1
indication [2]  60/12 62/13
indications [1]  54/15
indicators [1]  54/14
indictment [9]  3/18 6/2 6/11 7/24 8/25
 20/8 43/18 57/12 57/13
individual [7]  38/14 43/10 44/1 44/10
 44/22 48/10 48/18
individuals [4]  35/3 37/2 48/17 58/9
inference [2]  60/5 63/21
information [16]  11/18 12/1 12/20
 16/17 16/25 18/14 19/1 19/9 23/12
 31/2 33/16 34/9 46/23 50/4 50/6 63/1
initial [1]  46/20
initiates [1]  10/2
innocence [1]  49/20
innocuous [1]  46/13
inside [8]  23/2 30/9 32/11 32/12 32/13
 33/6 34/5 64/23
Inspector [1]  6/8
instance [2]  20/8 46/14
insurance [2]  6/8 8/5
intelligence [1]  23/13
intend [2]  4/25 51/20
intent [1]  51/18
intention [1]  56/20
intentionally [1]  44/18
interaction [1]  45/24
interest [3]  34/13 34/19 52/7
interview [1]  37/8
interviews [1]  20/2
into [22]  7/4 12/10 17/19 21/14 21/17
 21/25 22/3 25/8 26/1 27/8 33/12 34/16
 41/11 42/11 44/25 49/20 53/16 59/4
 60/16 60/16 61/11 63/17
investigate [4]  5/24 49/23 55/25 61/9
investigated [1]  33/25
investigating [3]  10/1 44/20 51/11
investigation [12]  5/17 8/4 9/22 10/15
 15/15 21/18 33/4 34/16 36/1 60/13
 63/13 63/20
investigative [1]  28/12
investigator [1]  21/15
Investments [1]  26/15
involve [2]  61/4 61/4
involved [3]  32/16 36/16 39/21
involves [1]  48/6
IRS [9]  17/5 17/11 20/18 31/19 32/22
 39/17 39/23 40/1 62/10
is [187]
isn't [1]  51/10
issue [4]  7/23 43/10 54/20 58/1
issued [2]  12/22 30/24
it [100]
it's [29]  14/25 17/21 18/23 19/21 26/3
 28/16 32/2 33/15 33/19 42/11 43/2
 44/9 44/17 45/9 50/11 50/14 50/22
 51/1 51/16 52/10 52/11 52/13 52/24
 54/25 55/7 57/2 58/17 61/2 64/10

its [3]  4/12 4/13 63/24
itself [2]  59/14 60/21

**J**

January [5]  9/20 10/12 30/14 31/5 31/6
Jasmine [5]  6/17 14/11 14/14 14/15
 49/9
JCH [2]  7/20 20/20
JOAN [4]  1/24 1/25 67/3 67/18
job [1]  5/22
joined [2]  36/22 36/25
joining [1]  37/3
Jordan [2]  51/23 52/17
JR [1]  1/19
judge [25]  1/10 3/13 4/6 4/18 13/3
 15/12 19/20 38/1 41/24 42/13 42/14
 49/17 51/10 52/15 53/8 55/19 56/5
 56/25 57/22 58/17 58/18 59/11 64/6
 65/24 66/3
Judicial [1]  67/10
July [2]  20/25 21/1
June [2]  15/9 15/9
jury [7]  9/4 15/16 15/25 16/13 17/4
 18/8 18/16
just [42]  3/21 6/10 8/24 9/15 10/18
 10/20 11/1 11/4 13/14 13/17 14/7
 14/18 16/9 16/10 16/14 17/14 18/1
 18/9 24/17 24/21 25/15 25/16 26/25
 28/21 31/17 33/19 37/18 39/13 42/5
 44/11 44/12 47/3 47/10 48/18 56/9
 56/10 57/16 59/15 62/6 63/12 64/20
 65/9

**K**

keep [3]  57/4 62/5 64/14
kept [1]  7/7
Kia [1]  20/5
kind [10]  19/9 22/11 25/12 30/12 38/16
 45/12 48/16 56/9 60/19 62/11
know [23]  12/18 13/25 18/16 20/4
 27/24 28/24 28/25 32/24 33/23 35/13
 40/18 40/20 41/14 44/11 45/2 45/7
 45/16 46/5 46/10 46/15 49/5 61/11
 63/21
knowledge [4]  30/19 35/2 56/18 67/7
known [3]  8/10 26/5 56/23
knows [1]  51/1

**L**

L-A-U-R-E-N [1]  5/9
Labor [7]  17/5 17/7 17/8 20/17 32/21
 39/16 62/10
lack [4]  20/18 47/9 53/1 60/24
Lamborghini [1]  22/19
Land [1]  4/6
language [1]  30/3
large [2]  25/1 50/13
last [16]  3/6 3/12 3/18 10/3 12/7 14/2
 16/21 20/4 22/19 23/3 24/10 26/12
 35/4 35/6 46/9 46/19
Lastly [1]  12/6
late [1]  53/25
LAUREN [4]  2/2 5/1 5/9 5/11
law [10]  5/24 12/7 14/1 14/4 23/12
 37/10 45/21 48/4 53/17 59/14
law's [2]  10/7 13/25
law-enforcement [1]  23/12
laws [1]  12/1
lawyer [2]  37/8 53/16
layout [1]  16/4

**LEAD** [1]  1/15
learned [2]  9/21 10/15
lease [7]  16/2 17/15 40/8 43/13 43/19
 43/23 46/9
least [8]  8/1 16/20 21/23 22/15 44/8
 57/24 62/18 62/24
leave [7]  37/15 37/21 51/18 51/20 53/2
 53/11 53/11
leaves [1]  4/14
leaving [1]  51/21
legitimacy [1]  48/12
legitimate [14]  19/25 20/3 20/9 20/15
 21/11 44/2 44/5 44/6 44/7 46/6 46/6
 47/20 48/11 48/15
legitimately [1]  39/9
lenders [1]  61/24
lengths [1]  23/25
Less [1]  31/4
let [4]  4/19 9/10 32/22 60/25
let's [4]  3/5 42/10 43/5 58/22
letter [1]  16/4
licenses [3]  40/21 40/23 52/4
lied [2]  46/1 46/13
like [18]  28/10 28/14 30/7 30/9 30/23
 31/2 40/23 43/8 50/21 52/15 55/9 57/1
 58/1 61/23 62/16 64/10 64/11 65/6
Likely [1]  43/24
limit [1]  64/24
limited [1]  48/4
lines [1]  49/23
listed [7]  16/21 16/21 18/18 18/22 24/4
 35/12 46/4
lists [2]  17/15 46/8
little [3]  13/7 54/23 59/6
lived [5]  11/19 35/13 51/1 51/6 51/24
lives [1]  23/18
living [1]  23/16
LLC [6]  7/20 7/21 20/21 20/21 26/15
 33/9
loan [14]  6/7 6/21 7/1 7/13 7/14 7/15
 7/19 8/16 20/24 21/2 21/16 21/24
 26/17 45/23
loans [17]  6/13 6/16 7/2 7/3 7/16 8/5
 8/10 8/10 8/11 21/4 21/5 21/9 21/10
 22/22 48/9 61/14 61/21
local [1]  35/16
locally [2]  51/22 52/16
locate [3]  22/24 23/2 23/14
located [1]  47/21
location [2]  24/3 34/6
locations [4]  40/23 52/6 54/25 55/13
long [3]  5/20 53/10 65/14
longer [1]  53/14
look [7]  28/16 33/12 39/15 41/21 48/19
 53/21 56/2
looked [1]  6/23
looking [4]  12/13 12/16 53/4 60/13
looks [2]  15/1 28/13
looser [1]  13/7
lot [6]  31/20 49/18 50/21 59/23 60/10
 61/10
Lounge [2]  26/5 26/16
luxury [2]  7/2 44/16

**M**

MACON [2]  1/13 46/19
made [9]  15/3 21/15 22/3 30/20 36/17
 37/7 46/9 49/24 50/9
MAGISTRATE [1]  1/10
mail [1]  23/23

**M**

maintain [1] 22/11
maintained [1] 61/12
make [3] 22/9 42/21 50/9
makes [1] 48/20
making [1] 19/8
man [1] 51/14
Management [1] 52/20
Manager [1] 40/9
manner [1] 48/17
many [8] 7/24 21/2 21/22 22/14 23/6
 23/9 57/12 62/16
March [2] 25/5 45/1
marked [8] 9/7 10/24 13/14 14/16 16/9
 17/25 24/16 25/15
MARQUARIAS [10] 1/6 3/5 6/12 14/12
 15/6 22/4 24/25 47/20 47/22 48/18
Marshal [1] 64/4
Marshal's [1] 64/23
Maryland [1] 4/9
math [1] 61/11
matter [1] 67/8
may [25] 9/9 10/21 13/10 13/23 14/1
 14/5 16/6 16/7 17/22 17/23 20/5 25/14
 27/11 28/6 32/18 32/19 37/12 42/2
 44/4 54/25 55/3 55/4 60/11 60/25 64/6
maybe [2] 27/17 60/6
me [10] 3/16 3/19 4/19 9/10 33/16
 42/13 59/19 60/10 60/15 60/25
mean [3] 38/12 40/4 53/2
meaningfully [1] 49/22
means [4] 23/13 43/12 50/16 62/6
measuring [1] 54/9
meat [1] 3/25
media [9] 10/5 24/12 25/13 27/4 28/4
 29/10 41/17 45/6 60/2
member [1] 47/20
memo [1] 26/15
mentioned [2] 6/25 31/10
mentioning [1] 62/5
mentoring [4] 25/13 25/20 25/22 48/12
mentorship [4] 27/6 27/9 27/11 27/15
merely [1] 50/18
Meritas [3] 23/15 23/21 24/4
message [1] 36/5
messages [21] 9/20 9/24 9/25 10/4
 10/11 10/17 10/18 11/3 14/8 14/19
 14/21 14/24 15/6 15/8 19/7 29/13 30/9
 36/18 36/19 47/16 47/17
met [1] 63/24
metropolitan [1] 35/23
Mexico [3] 56/23 56/25 63/20
microphone [1] 9/11
middle [4] 1/1 50/3 50/25 67/5
might [2] 9/13 65/13
militant [1] 47/8
million [14] 7/16 22/5 22/10 44/13 45/4
 45/7 49/2 49/3 49/6 61/11 61/15 62/14
 63/6 65/5
millions [2] 51/14 51/17
mind [1] 65/4
minimum [1] 6/24
minor [1] 61/4
minute [1] 42/15
minutes [1] 42/11
misdemeanor [4] 45/18 54/2 54/3
 60/18
misdemeanors [1] 56/1
Missouri [1] 46/18
mixup [1] 55/4

MK [1] 26/15
modus [1] 56/3
money [26] 27/22 27/24 28/2 28/5
 28/13 28/13 28/18 28/20 28/23 28/24
 29/1 29/3 29/6 45/3 45/5 45/5 45/12
 49/8 49/10 49/12 49/13 53/13 57/21
 61/25 64/12 64/22
monitor [3] 64/13 65/4 65/14
monitoring [2] 46/2 64/9
monitors [1] 65/11
Montana [1] 47/4
monthly [1] 16/22
months [2] 26/12 59/21
more [11] 12/16 13/1 21/23 23/8 28/7
 28/7 47/11 48/3 51/19 59/24 63/17
Morrow [1] 34/14
most [5] 31/14 43/13 45/24 61/21
 61/22
mother [7] 10/7 12/7 13/25 14/1 14/4
 46/15 60/2
mother-in-law [3] 12/7 14/1 14/4
mother-in-law's [2] 10/7 13/25
motion [4] 3/7 4/14 58/24 64/3
motions [1] 4/22
move [8] 12/9 15/10 17/18 19/18 25/7
 25/25 42/10 49/11
moved [3] 4/22 43/6 49/8
MR [9] 1/19 9/18 23/2 23/15 32/17
 39/20 49/2 51/11 59/6
Mr. [72]
Mr. Debrow [5] 3/22 42/24 49/16 62/5
 66/1
Mr. Hall [50] 3/11 6/18 7/17 7/18 7/25
 8/9 10/1 10/14 14/20 14/25 15/23
 16/20 17/7 18/3 19/7 20/7 20/20 21/12
 21/17 21/22 22/6 22/9 22/14 22/21
 23/7 25/12 25/17 26/8 26/10 26/11
 29/1 29/16 29/17 31/8 34/13 35/4 35/6
 35/9 36/15 37/15 50/24 52/16 55/15
 58/13 58/13 60/1 62/12 63/2 63/7
 64/24
Mr. Hall's [12] 3/5 7/4 11/2 11/8 12/23
 18/17 19/23 23/11 28/7 39/22 40/1
 40/3
Mr. Halls [1] 21/19
Mr. Halls' [2] 24/12 24/13
Mr. Marquarias [1] 6/12
Mr. Richard [1] 19/7
MS [15] 1/13 3/9 4/4 4/20 9/10 9/20
 9/23 11/3 29/21 37/8 58/9 58/12 60/1
 60/3 65/20
Ms. [3] 42/20 46/19 66/2
Ms. Hansis [2] 42/20 66/2
Ms. Pritchett [1] 46/19
much [7] 22/3 22/9 38/12 47/11 50/3
 51/1 51/2
MULBERRY [1] 1/13
multiple [4] 43/11 46/11 61/12 62/20
must [1] 53/9
my [34] 5/9 13/8 29/25 29/25 30/20
 30/24 48/13 49/19 49/19 50/6 50/10
 50/18 50/23 53/20 54/20 55/6 55/7
 56/15 56/21 57/4 57/8 57/10 57/13
 57/18 58/17 59/24 60/5 60/11 61/20
 62/2 65/4 65/15 65/18 67/6
myself [1] 48/17

**N**

name [22] 5/8 5/9 8/2 10/3 11/22 11/22
 12/1 12/1 12/4 12/5 12/7 14/2 15/2

15/4 15/7 16/24 32/4 44/15 44/16
 47/23 51/23 62/23
nature [1] 61/1
Navy [9] 6/6 6/21 6/25 20/23 21/2 21/8
 48/9 49/1 61/13
NCR [1] 20/4
necessarily [1] 33/19
need [6] 3/14 3/22 13/1 49/12 55/19
 60/6
needed [1] 30/4
needs [1] 4/4
Neely [3] 14/21 15/3 37/8
neighborhood [1] 62/4
Neither [1] 4/24
never [15] 32/13 32/25 33/25 39/6
 40/11 41/11 44/2 44/5 44/5 46/6 46/7
 47/14 48/15 51/24 55/6
nevertheless [1] 58/13
new [3] 8/13 8/14 51/10
NEWNAN [2] 1/19 62/22
next [3] 11/23 12/2 55/21
no [64] 6/14 17/6 17/11 17/13 17/20
 19/20 20/10 20/16 22/13 24/2 25/9
 26/2 27/10 27/19 29/4 29/7 29/19 30/7
 30/11 30/13 32/13 32/16 32/22 33/13
 33/19 34/4 34/5 35/5 36/20 37/13
 37/18 39/24 40/2 40/6 40/19 41/13
 41/20 41/23 42/4 42/5 42/9 44/1 44/15
 44/22 46/17 48/1 50/15 51/4 51/4
 52/10 53/14 55/18 56/4 56/6 56/6
 56/18 56/20 57/3 59/8 62/9 62/12
 63/25 65/3 65/22
nonappearance [1] 65/18
none [2] 28/13 57/14
North [1] 52/22
not [101]
note [3] 12/4 53/9 57/10
nothing [10] 5/6 23/1 30/2 30/4 30/5
 30/6 42/2 56/4 63/4 65/24
notice [1] 4/12
NOTICED [2] 1/16 1/21
notify [2] 4/6 20/23
NOV [1] 67/13
now [13] 10/24 14/16 17/13 17/25
 21/24 24/16 39/12 42/11 42/16 43/4
 51/12 53/3 59/23
number [15] 3/4 6/2 8/19 8/25 9/3
 16/20 17/2 18/18 18/19 21/13 31/19
 62/2 62/2 62/3 63/1
numbers [2] 8/17 43/11
numerous [1] 35/9

**O**

object [1] 15/12
objection [8] 12/11 12/15 13/6 13/9
 17/20 19/20 25/9 26/2
obligations [1] 4/11
obtain [5] 6/13 8/5 43/23 48/20 63/3
obtained [21] 8/8 8/9 9/18 9/19 11/7
 13/16 14/19 18/8 19/6 20/16 21/24
 24/20 25/18 26/17 32/20 45/3 45/22
 48/8 59/23 61/21 62/25
occupancies [1] 41/1
occupancy [1] 40/23
occurred [1] 34/9
occurring [1] 27/17
occurs [1] 28/7
OCTOBER [1] 1/5
off [1] 58/23
offender [1] 54/13

O

offense [2]  54/24 61/2
offenses [1]  50/7
offer [4]  7/9 25/12 53/6 53/6
offered [2]  48/11 48/13
offering [1]  27/6
office [4]  6/8 37/12 55/1 55/9
officer [2]  54/21 56/16
officer's [1]  50/10
OFFICIAL [3]  67/1 67/3 67/19
okay [1]  15/4
old [4]  15/19 23/3 23/10 51/23
on [73]
on-going [1]  6/6
once [4]  7/3 44/21 59/5 63/16
one [20]  3/20 6/3 7/18 8/17 8/20 11/16
 11/17 11/20 11/25 12/2 27/17 31/25
 36/17 43/9 44/12 48/24 57/10 61/22
 62/24 63/12
one's [1]  52/10
ones [2]  29/20 39/21
ongoing [1]  48/7
online [5]  11/25 24/1 25/20 31/17
 31/19
only [2]  23/5 23/13
open [2]  32/9 59/2
opened [1]  40/18
operandi [1]  56/3
operated [2]  24/2 34/6
operating [1]  38/16
opportunities [2]  6/19 6/20
opportunity [10]  33/12 34/16 36/2
 40/25 49/21 49/22 51/13 53/7 58/5
 58/7
opposed [1]  64/20
option [1]  64/9
options [1]  64/10
or [55]  3/20 7/11 10/18 12/13 12/14
 12/19 13/25 15/1 17/9 17/11 17/15
 20/1 20/18 25/17 27/8 27/24 28/9
 28/13 28/20 28/23 30/3 30/7 30/7 30/8
 30/23 31/20 33/15 33/25 36/14 36/15
 37/16 40/4 41/14 41/17 44/2 49/23
 49/23 50/10 50/18 50/19 50/23 53/10
 53/11 54/7 54/7 56/2 56/3 56/15 59/8
 61/2 61/3 62/14 64/1 64/5 65/3
oral [1]  3/21
order [9]  4/8 39/12 43/22 48/20 54/6
 54/16 64/3 64/15 65/19
orders [3]  53/22 54/14 54/16
organization [1]  46/2
original [3]  9/25 29/15 39/14
other [20]  28/12 29/19 34/6 34/25
 35/21 36/11 48/19 49/5 50/4 51/1 51/5
 53/20 54/12 55/13 58/2 58/3 58/4 58/9
 58/20 64/5
others [1]  61/23
our [6]  3/3 26/19 32/3 32/16 42/22 66/1
out [32]  15/3 21/12 21/13 24/2 32/7
 34/2 34/8 37/2 37/6 45/15 45/18 47/4
 48/10 48/13 48/17 51/6 51/12 51/13
 52/15 53/20 54/1 56/8 56/21 57/16
 57/21 58/7 60/3 60/13 60/17 61/7
 61/17 63/6
outlined [3]  58/8 59/4 65/16
outside [4]  35/13 35/14 51/24 64/23
over [13]  3/6 4/10 26/12 35/4 35/6 37/7
 41/15 45/9 45/22 61/13 61/15 62/22
 63/6
Overall [1]  7/14

overlapped [1]  8/3
overrule [2]  13/5 13/9
overseas [1]  51/4
overt [2]  47/18 48/1
own [1]  57/17
owned [1]  49/1
owner [5]  26/11 34/20 34/22 34/23
 52/13
ownership [4]  26/18 34/13 34/19 52/7

P

P-A-U-L [1]  5/10
packet [2]  18/11 18/25
page [2]  54/22 67/9
page 5 [1]  54/22
paid [3]  54/4 62/12 62/12
paper [1]  44/4
paperwork [1]  31/17
parents [1]  51/7
part [24]  7/23 8/16 9/3 15/15 19/12
 21/18 21/24 26/11 33/2 34/20 35/1
 36/6 36/21 40/8 41/21 43/16 43/20
 44/18 44/24 45/3 50/2 53/18 55/20
 65/15
participated [1]  57/8
particular [2]  41/22 56/3
particularly [1]  63/5
passed [1]  50/4
passport [1]  64/11
past [1]  56/12
Pastor [1]  52/22
pattern [3]  43/20 61/4 65/9
PAUL [17]  2/2 5/1 5/9 5/11 5/16 10/24
 10/25 13/14 14/17 15/15 16/9 17/25
 19/23 41/25 48/24 59/25 62/3
Paul's [1]  62/16
pay [4]  7/13 31/22 33/19 49/9
paycheck [1]  8/9
paying [1]  39/23
payment [2]  7/7 26/16
payments [1]  49/10
payout [2]  48/19 48/20
paystub [1]  19/11
paystubs [4]  18/6 18/25 19/3 19/8
peculiar [1]  54/23
pecuniary [1]  48/6
pending [1]  64/5
penny [1]  44/14
people [9]  11/18 11/24 11/25 30/8
 48/20 52/9 52/11 53/18 57/12
percentage [1]  7/6
perfect [1]  65/12
period [9]  8/4 10/14 20/15 30/24 44/12
 44/13 45/2 61/13 61/16
person [5]  28/10 48/14 48/16 54/14
 54/15
personal [4]  6/18 6/19 15/7 47/21
personally [1]  36/10
pertaining [3]  33/5 34/9 49/24
phone [1]  21/13
phonetic [3]  14/22 19/8 47/17
photo [1]  11/23
photograph [4]  10/2 11/20 28/17 45/8
photographed [1]  45/1
photographs [7]  11/4 24/20 25/4 25/5
 44/25 59/22 60/4
photos [10]  10/5 11/2 12/3 13/21 14/4
 29/17 29/19 29/20 29/22 35/3
physical [2]  48/5 64/22
picked [1]  50/2

pictures [8]  10/8 28/23 34/25 56/7
 56/17 58/10 58/13 58/14
piece [2]  46/22 46/23
place [2]  52/10 55/21
placed [2]  58/4 64/24
places [4]  51/2 51/5 52/7 52/7
plain [1]  30/11
plant [1]  20/5
play [1]  56/8
plea [6]  3/7 3/7 3/11 3/15 3/17 3/21
pleas [2]  3/23 4/6
pocket [1]  51/15
point [15]  16/2 18/3 20/1 30/19 37/9
 37/14 39/14 47/3 49/25 50/11 50/18
 51/25 52/15 58/14 61/7
pointed [3]  53/20 60/17 61/17
pointing [2]  51/6 56/9
portion [1]  7/5
position [2]  55/23 55/24
positive [2]  41/18 60/16
possess [1]  6/15
possessed [1]  47/25
possession [1]  4/13
possibility [3]  50/18 56/9 56/12
post [1]  12/6
posted [2]  25/17 27/16
posts [1]  14/5
potential [2]  41/18 63/18
potentially [2]  20/4 37/17
Powder [1]  62/22
Powders [1]  35/21
PPP [2]  8/10 8/16
practicing [1]  38/22
preliminary [1]  53/3
premature [1]  50/11
prepared [3]  4/17 4/18 5/1
preponderance [4]  59/13 62/18 63/23
 63/25
presence [2]  24/12 41/17
present [2]  4/25 19/24
presents [2]  4/24 47/12
presumption [4]  4/24 49/20 50/16 59/3
pretrial [9]  4/8 45/17 45/25 46/3 46/14
 46/17 46/24 53/24 54/19
pretty [5]  28/4 50/3 51/1 51/2 61/10
prevent [1]  51/21
previous [2]  4/10 29/14
prior [5]  20/5 34/22 36/17 37/3 59/15
Pritchett [2]  46/18 46/19
probably [2]  59/23 60/8
probation [9]  45/18 46/1 46/1 46/22
 54/4 54/11 54/17 54/21 64/18
proceed [1]  4/17
proceedings [3]  3/1 59/2 66/13
proceeds [3]  7/14 22/7 34/18
process [2]  31/15 61/24
produced [1]  57/9
profile [6]  10/6 10/7 12/3 13/23 13/25
 14/2
profit [1]  40/5
profits [1]  39/2
program [2]  8/9 27/12
programs [1]  8/6
prong [1]  47/15
proof [6]  16/3 18/5 38/15 59/6 59/7
 59/18
property [4]  10/9 11/21 22/25 44/15
protect [1]  11/15
protection [1]  8/9
proven [2]  52/1 55/24

**P**

provide [1]  3/17
provided [7]  9/8 16/2 18/3 27/9 35/1 55/8 67/8
provider [1]  51/23
providing [1]  60/1
pseudonym [1]  63/3
purport [2]  29/1 29/2
purported [1]  6/12
purportedly [1]  6/14
purpose [2]  12/14 45/6
purposely [1]  47/7
purposes [3]  12/12 13/8 48/5
pursuant [1]  14/19
put [1]  3/20

**Q**

question [4]  31/25 37/20 48/24 57/5
questions [6]  9/11 26/21 26/25 29/5 37/25 40/14
quick [1]  48/19
Quine [2]  6/17 49/9

**R**

raised [2]  23/22 50/24
raises [2]  60/10 60/14
range [3]  10/11 15/8 25/4
Rashaun [2]  14/21 15/3
reach [1]  50/22
reached [2]  37/2 37/6
readily [1]  53/15
ready [3]  3/8 4/7 4/15
real [8]  22/25 27/24 28/20 28/24 29/1 29/6 44/15 45/10
reality [5]  44/4 44/21 45/6 48/15 63/17
realized [1]  60/8
really [2]  38/12 61/10
reason [7]  27/14 43/16 44/24 50/5 51/17 57/18 57/20
reasons [4]  48/22 50/21 57/1 65/16
rebuttable [1]  4/24
rebuttal [3]  42/23 42/25 59/3
receive [1]  15/25
received [6]  8/11 8/14 16/13 26/17 29/17 54/15
receiving [2]  8/12 54/10
recently [3]  43/13 44/25 62/25
recess [4]  42/10 42/15 42/17 42/18
recognizance [1]  57/17
recognize [2]  9/15 24/17
recollection [1]  62/2
record [11]  4/6 12/8 17/11 17/13 19/25 32/22 39/9 39/22 52/13 54/18 66/14
recorded [1]  67/7
recording [1]  67/7
records [14]  10/9 11/21 17/6 18/22 18/24 20/16 32/20 37/19 39/15 40/3 47/21 48/25 62/9 63/2
RECROSS [1]  40/16
recruiters [1]  6/18
redaction [1]  11/15
REDIRECT [1]  38/4
Reed [1]  52/22
referenced [1]  34/6
reflect [1]  39/1
Reform [4]  48/5 58/23 59/14 61/18
regards [1]  17/14
register [2]  31/23 41/4
registered [12]  20/11 20/13 31/7 32/2 32/4 32/5 34/7 38/7 38/10 38/13 38/21

62/5
registering [2]  38/14 38/18
regulations [1]  67/9
relation [1]  14/14
relationship [1]  51/8
release [7]  46/3 59/9 63/9 63/9 63/10 64/1 65/3
released [1]  47/14
relies [1]  49/18
remain [1]  64/4
remember [2]  62/2 62/3
remind [3]  50/15 51/10 56/10
remove [2]  23/25 64/13
removed [1]  7/13
renew [3]  33/20 39/7 41/8
renewal [1]  16/4
rental [8]  7/20 15/1 16/3 16/12 16/16 19/12 20/21 63/3
renters [1]  34/5
report [10]  6/6 7/9 39/5 45/17 45/25 46/15 46/17 46/24 53/24 54/20
reporter [4]  9/12 67/1 67/4 67/19
reports [2]  38/23 39/1
repossessed [2]  61/23 61/24
request [3]  6/23 11/16 64/19
requesting [1]  58/19
require [1]  41/8
required [2]  31/22 41/3
requirements [2]  4/12 58/3
reservation [1]  15/2
reservations [1]  15/7
reserve [2]  42/5 42/22
reserves [1]  42/24
resided [1]  23/24
residence [1]  23/11
residences [4]  35/9 35/12 62/23 62/25
residential [5]  15/19 24/7 24/8 33/24 62/18
resides [3]  43/15 46/18 46/21
residing [2]  15/23 19/16
resolution [2]  54/1 64/5
resources [2]  63/19 65/8
respond [2]  49/22 63/12
response [6]  11/7 13/16 15/25 16/13 18/8 24/20
responsibilities [1]  5/22
responsibility [1]  47/9
responsible [1]  46/2
restraints [1]  64/23
result [1]  28/9
Resuming [9]  9/14 10/23 13/13 15/14 16/8 17/24 19/22 25/11 26/4
retained [3]  1/22 53/2 53/4
retrieved [2]  12/19 12/22
return [2]  19/6 29/12
returns [1]  62/13
Revenue [7]  17/5 17/8 17/10 20/18 32/21 39/16 62/11
review [3]  36/24 49/23 61/8
Richard [1]  19/7
right [22]  4/5 5/3 28/21 29/10 29/23 30/5 30/10 30/15 30/21 31/5 32/25 35/23 41/6 41/12 41/22 41/25 42/11 49/16 55/16 58/22 65/20 65/25
ringer [1]  57/11
rise [1]  42/16
risk [16]  4/23 47/13 50/19 50/23 50/24 51/16 53/1 53/2 57/4 58/25 59/2 59/12 60/11 60/15 64/10 65/18
risks [1]  53/19

Road [1]  15/19
roundabout [1]  45/4
rounded [1]  60/4
Rule [2]  3/14 4/9
run [1]  53/12

**S**

safety [1]  59/10
said [13]  27/3 27/21 28/23 30/2 30/4 30/5 30/6 30/14 31/2 34/5 36/21 42/24 52/2
Sales [1]  40/9
same [13]  18/20 45/23 51/15 54/24 55/12 56/2 56/2 56/3 57/13 57/17 58/6 58/16 58/20
sat [1]  45/25
satisfy [1]  65/18
saw [2]  10/20 43/13
say [18]  17/13 22/21 23/8 28/18 35/18 35/25 36/14 43/1 50/5 51/25 52/13 53/8 56/4 56/21 57/21 60/5 60/25 65/2
saying [8]  17/14 49/18 51/14 51/16 51/22 53/14 55/5 55/6
says [3]  15/2 15/4 62/7
SBA [1]  8/12
scheduling [1]  4/7
scheme [8]  6/7 6/11 8/3 21/25 27/16 44/12 45/4 45/21
school [2]  52/17 52/19
score [2]  6/24 43/25
screenshot [4]  10/9 11/17 11/21 11/23
screenshots [3]  10/5 13/24 60/2
search [19]  9/4 9/19 11/7 11/18 11/24 11/25 12/22 13/4 13/16 14/20 19/6 23/3 24/9 24/13 24/21 25/18 28/12 29/12 47/19
SEC [1]  6/5
second [3]  8/25 11/17 47/15
Secretary [13]  20/11 20/13 31/11 31/16 31/18 32/3 33/10 38/8 38/11 38/23 40/22 41/4 44/3
Section [1]  58/24
sections [1]  59/4
secure [3]  59/10 63/11 64/2
secured [1]  7/16
security [6]  8/17 8/19 16/20 17/2 43/11 63/1
see [8]  3/24 15/4 28/20 30/8 30/12 32/14 40/25 47/14
seem [1]  62/19
seems [3]  54/22 56/4 63/6
seen [1]  13/4
seize [1]  44/22
seized [3]  28/14 28/15 28/18
send [4]  15/16 29/17 29/19 58/16
sending [3]  10/2 17/4 19/10
sends [1]  14/25
sent [9]  11/3 12/13 14/11 29/19 29/21 29/25 36/18 58/10 58/12
sentence [1]  63/18
sentenced [1]  54/4
separated [1]  58/7
September [5]  19/13 20/25 21/1 45/22 48/8
serious [3]  50/24 53/19 58/25
Server [1]  46/22
serves [1]  51/23
service [2]  25/22 64/4
serviced [1]  41/19
services [9]  25/13 45/17 45/25 46/14

**S**

services... [5]  46/17 46/24 48/12 53/24
 54/19
session [1]  42/19
set [4]  4/7 55/2 64/20 65/5
setting [1]  65/5
several [1]  31/7
shadow [1]  52/10
shared [3]  47/16 47/22 47/24
she [12]  11/19 13/22 15/2 15/4 36/12
 36/13 36/14 42/2 42/24 42/24 46/18
 46/21
short [2]  44/12 45/2
should [5]  15/3 53/7 53/21 57/21 58/16
show [4]  9/7 48/25 51/19 59/8
showing [2]  15/6 63/25
shown [2]  57/25 64/16
shows [1]  43/20
side [3]  53/6 53/24 57/7
sift [1]  61/9
sign [2]  3/23 4/4
signed [1]  4/2
significant [8]  9/3 44/22 47/13 51/8
 51/20 60/18 60/23 64/12
silently [1]  56/7
similar [1]  28/16
simple [2]  47/18 61/11
simply [3]  14/7 49/25 56/11
simultaneously [1]  8/12
since [11]  5/21 9/11 16/22 21/23 23/23
 23/24 36/19 44/7 52/23 56/22 63/20
site [1]  11/21
sitting [1]  45/8
situation [2]  51/11 56/3
sixth [1]  52/23
skills [1]  65/8
slash [1]  5/8
slippery [1]  60/25
so [43]  4/5 4/7 4/10 5/6 6/24 7/3 7/13
 11/4 11/16 19/15 20/8 26/17 27/11
 27/17 30/17 34/8 35/16 36/19 39/9
 41/14 42/11 44/22 45/4 45/9 47/1
 47/11 50/9 51/13 53/14 55/22 56/6
 56/8 56/20 58/1 58/18 59/4 59/16
 60/16 61/21 61/24 63/23 65/14 65/19
social [15]  8/17 8/19 10/5 16/20 17/2
 24/12 25/13 27/3 28/4 29/10 41/17
 43/11 45/6 60/2 62/25
solemnly [1]  5/4
solicited [1]  48/17
solution [1]  65/12
some [22]  7/8 11/14 16/2 20/6 22/6
 38/13 43/22 44/24 49/7 49/8 49/12
 53/19 55/1 55/11 57/18 57/20 58/9
 60/2 60/11 60/16 60/18 60/20
somebody [1]  63/8
someone [2]  14/1 56/15
something [12]  12/18 41/8 52/24 54/8
 54/19 54/22 55/5 56/9 56/12 60/6
 60/10 63/15
somewhat [1]  43/18
somewhere [3]  50/3 62/3 63/7
son [2]  51/22 51/24
sophisticated [1]  61/5
sophistication [1]  65/7
sorry [2]  28/22 33/8
sounds [2]  61/23 62/16
source [2]  23/12 32/19
speak [7]  34/4 36/2 50/13 53/10 53/19
 54/21 55/20

speaking [1]  38/21
speaks [3]  31/19 53/1 56/19
SPECIAL [3]  2/2 5/11 5/19
specialize [1]  5/25
specific [1]  59/3
specifically [4]  5/25 29/21 38/6 40/7
specifics [1]  49/13
specified [1]  59/13
spending [1]  49/14
spent [3]  22/6 49/12 49/13
spoke [4]  31/7 34/12 34/25 35/9
spoken [1]  36/19
spoof [1]  21/13
sporadic [1]  47/6
Springs [2]  35/21 62/22
ST [1]  1/13
stages [1]  53/3
stand [1]  50/1
standard [6]  50/15 50/20 56/10 59/13
 59/15 62/18
standards [2]  13/7 59/16
start [5]  3/5 4/7 49/17 58/23 59/17
started [2]  54/22 56/22
starting [1]  26/25
starts [1]  63/17
State [23]  8/13 8/13 8/15 20/12 20/13
 31/16 31/18 32/3 33/11 35/13 35/14
 35/18 38/8 38/11 38/19 38/22 38/24
 40/22 41/4 44/4 51/24 52/19 62/22
State's [1]  31/11
statement [3]  36/12 36/14 50/10
statements [7]  6/5 16/4 18/5 18/11
 18/14 18/15 18/21
STATES [7]  1/1 1/4 1/10 3/4 47/3 67/4
 67/10
stay [3]  5/8 39/13 51/17
stayed [2]  53/12 56/25
STE [2]  1/13 1/19
steady [1]  44/2
steps [1]  41/6
still [4]  3/13 50/11 52/20 57/23
Stingray [1]  22/17
stop [1]  9/10
story [1]  53/6
strategy [2]  43/2 60/9
stricklanddebrow.com [1]  1/20
stuff [1]  42/12
submission [1]  6/20
submit [3]  38/23 39/4 43/21
submitted [9]  18/16 20/24 21/2 21/10
 40/1 43/14 43/16 44/24 46/7
subpoena [5]  15/16 16/1 16/14 17/4
 18/9
subpoenaed [2]  18/20 18/24
subpoenas [2]  9/4 18/17
substance [1]  61/2
substantial [1]  50/23
successful [2]  48/14 64/17
successfully [1]  54/12
sudden [1]  58/14
sufficient [4]  59/9 63/11 64/2 65/4
sufficiently [1]  13/8
suggest [1]  50/18
Sumbry [1]  19/8
supported [2]  47/10 47/11
supporting [1]  18/7
suppose [1]  35/25
supposed [3]  12/12 56/17 58/10
sure [15]  6/12 8/9 12/11 13/3 27/13
 28/3 28/8 33/1 33/3 39/11 40/19 44/4

45/5 46/23 64/8
surprised [1]  38/18
surrendering [1]  64/11
suspend [1]  49/14
swear [1]  5/4
sworn [1]  5/12
Sycamore [1]  33/21
Systems [1]  52/18

**T**

tagged [2]  14/1 14/5
tail [1]  51/12
take [9]  3/12 3/21 31/20 38/10 38/12
 42/10 42/15 55/23 65/13
taken [5]  13/23 22/19 29/10 29/11 50/4
takeoff [1]  37/16
talk [1]  8/3
talking [4]  43/19 50/6 53/23 54/25
targeted [2]  57/18 58/18
tax [2]  47/21 62/13
taxes [1]  40/11
Tech [1]  52/18
Technology [1]  52/18
telephone [1]  37/7
tell [3]  29/3 29/5 54/7
ten [4]  8/1 21/3 42/11 42/15
ten-minute [1]  42/15
terms [1]  47/12
testified [8]  5/13 12/25 28/21 30/2
 46/11 48/25 49/2 62/8
testify [7]  5/1 25/2 27/22 28/16 32/10
 33/15 49/13
testimony [10]  5/5 12/21 27/21 29/16
 35/10 41/11 53/18 59/24 61/20 62/16
Tevon [3]  15/3 15/5 63/3
text [27]  9/19 9/23 9/25 10/2 10/4
 10/11 10/17 10/18 11/3 14/8 14/19
 14/21 14/24 14/25 15/6 15/8 19/7
 29/13 30/3 30/9 30/11 30/12 36/5
 36/18 36/19 47/15 47/17
than [11]  12/5 13/1 13/7 14/2 18/19
 23/8 28/7 31/4 35/20 47/11 48/3
thank [4]  13/10 40/14 65/22 66/3
that [480]
that's [68]
theft [4]  7/9 7/12 54/10 60/19
their [5]  7/7 39/7 41/19 57/17 62/17
them [18]  3/22 3/22 3/24 9/13 14/5
 19/10 29/18 31/14 49/10 51/9 51/9
 53/10 54/16 55/2 57/14 58/16 58/16
 61/21
themselves [3]  10/17 18/15 47/17
then [13]  3/25 6/16 7/3 7/5 14/4 19/10
 19/11 37/13 47/8 51/15 59/5 60/3
 61/23
there [75]
there's [23]  8/1 20/10 22/17 23/8 23/8
 31/24 34/5 35/22 38/18 38/20 46/22
 50/15 51/4 51/4 55/3 56/20 59/8 60/17
 62/6 62/7 62/9 63/25 64/21
Therefore [1]  33/4
thereof [1]  20/18
these [68]
they [52]  6/15 6/23 7/1 7/9 7/10 7/12
 7/13 9/25 10/12 10/20 12/12 12/17
 12/18 12/19 12/19 12/21 13/6 13/8
 13/9 19/5 21/16 29/15 29/25 31/12
 31/13 33/19 34/5 37/6 37/7 38/16
 38/23 39/7 39/8 40/24 41/8 44/4 44/5
 49/24 50/18 51/11 53/14 54/4 55/5

## T

they... [9]  57/16 57/17 57/20 60/6 60/8 60/19 61/23 62/5 62/7
they're [3]  25/10 51/14 62/8
thing [1]  53/18
things [14]  4/1 49/19 49/20 49/21 50/7 50/17 53/20 56/23 57/8 58/8 64/11 64/18 65/1 65/6
think [24]  27/17 45/23 48/3 51/16 51/18 52/24 53/1 53/9 53/21 54/6 54/8 54/25 55/20 56/19 57/20 58/17 59/1 59/18 60/8 63/19 65/7 65/10 65/16 65/17
thinking [1]  60/6
third [1]  11/20
this [117]
those [67]  4/4 4/5 4/11 7/5 7/14 7/23 8/16 8/17 8/20 8/21 9/23 10/11 10/18 11/4 11/11 13/15 13/19 14/7 14/11 14/23 15/8 15/13 18/7 18/14 19/3 21/4 21/16 21/25 22/3 22/7 22/11 22/16 22/22 24/20 24/23 25/4 25/4 25/8 31/10 35/3 35/12 39/1 41/3 43/9 44/25 45/3 45/16 47/10 47/17 48/22 49/23 54/16 55/12 55/14 59/16 59/22 61/21 62/21 62/24 63/10 65/1 65/7 65/9 65/10 65/15 65/16 65/17
though [3]  59/2 59/21 65/4
threat [4]  48/1 56/16 57/23 57/24
threats [6]  30/7 30/23 35/6 36/15 47/18 56/14
three [3]  7/23 47/5 47/10
threshold [1]  59/2
through [31]  6/21 8/6 10/4 10/12 12/9 13/15 15/9 17/14 21/1 21/10 23/12 24/17 25/13 26/13 26/19 27/12 31/15 35/2 37/14 41/6 47/24 49/11 50/21 52/2 52/3 52/5 56/15 56/15 58/22 61/9 61/21
throw [1]  63/19
thumb [1]  11/5
tie [1]  52/14
tied [4]  35/10 35/12 35/16 62/23
ties [3]  51/5 51/20 52/21
tiles [1]  11/5
time [18]  6/15 8/4 10/14 18/20 20/15 26/21 27/16 30/25 31/20 44/13 45/2 51/16 52/11 53/15 57/22 59/21 65/24 66/2
times [1]  63/3
Title [1]  5/25
today [4]  3/3 4/17 58/8 61/20
together [4]  3/20 42/12 63/5 63/23
told [1]  33/17
too [1]  23/9
took [2]  45/8 50/1
total [2]  7/24 8/11
totaled [1]  49/2
touch [1]  37/12
toward [2]  28/10 56/16
trace [4]  21/25 22/6 49/11 49/14
traced [1]  34/18
tracing [1]  49/7
track [1]  64/14
Trade [1]  7/10
transcript [3]  1/9 67/6 67/8
transferred [1]  7/5
trial [7]  4/7 13/7 61/7 63/11 63/16 64/2 64/5
tried [1]  53/12

trouble [3]  52/2 52/4 52/5
Trucking [5]  33/7 33/9 34/8 34/10 34/11
true [9]  11/18 11/24 11/25 17/2 20/19 24/2 46/25 57/22 67/6
Truist [1]  26/15
truth [3]  5/5 5/6 5/6
try [2]  9/10 23/25
trying [1]  12/12
turn [2]  6/2 43/9
turning [1]  47/15
two [14]  3/2 3/22 30/17 31/3 31/4 31/5 44/13 54/25 56/8 59/5 59/16 61/13 61/16 63/14
two-year [2]  44/13 61/16
tying [1]  44/23
type [4]  39/5 43/22 56/2 60/19
types [1]  22/16
typically [1]  28/9

## U

U.S [5]  25/1 25/3 37/12 46/1 64/4
Ultimately [1]  21/15
unaccounted [2]  61/16 64/22
uncle [1]  23/19
under [11]  9/21 10/15 13/6 30/18 32/4 43/7 44/3 52/22 57/11 58/24 59/14
underground [1]  53/13
understand [6]  43/17 47/17 48/1 50/1 55/10 61/22
understanding [4]  55/8 59/24 61/20 64/21
underwater [2]  22/21 44/16
unemployed [1]  47/6
unemployment [2]  8/5 8/12
unfortunate [1]  44/20
Union [6]  6/6 20/23 21/8 48/9 49/1 61/14
UNITED [7]  1/1 1/4 1/10 3/4 47/3 67/4 67/10
University [1]  52/19
unjust [1]  50/8
unsecured [3]  57/18 58/2 58/19
until [3]  23/22 25/5 45/21
up [12]  3/12 17/3 19/10 23/22 25/5 32/3 45/21 50/2 51/8 53/5 60/4 63/18
upon [4]  28/12 50/9 58/7 64/19
us [3]  4/14 59/4 65/13
USAA [5]  6/6 6/22 7/1 48/25 61/13
usdoj.gov [1]  1/14
use [4]  8/16 8/21 28/5 56/5
used [12]  6/12 6/14 7/18 15/2 23/23 28/6 28/13 43/10 43/11 48/19 49/9 63/2
useful [1]  60/9
using [3]  11/24 15/7 62/25
usually [2]  31/24 38/25
utilized [1]  15/5

## V

variety [2]  8/1 35/22
various [3]  49/1 62/23 65/6
vehicle [2]  15/1 45/9
vehicles [6]  6/14 6/15 7/2 22/14 22/16 44/16
verification [1]  27/8
verify [1]  47/1
VERONICA [1]  1/13
veronica.hansis [1]  1/14
Vertap [2]  47/16 47/19

very [10]  28/16 43/2 45/2 46/1 50/13 50/20 53/2 60/9 61/4 65/25
via [2]  14/25 18/5
viable [1]  52/12
victim [2]  7/11 61/4
view [1]  56/2
violation [1]  54/5
violations [1]  5/24
violence [1]  61/2
violent [1]  56/4
Virginia [1]  21/12
visit [1]  32/7
visited [2]  33/25 52/11
voluminous [1]  47/21

## W

W-2 [1]  46/7
W-2s [5]  17/9 17/11 17/13 39/25 40/11
want [19]  6/2 8/3 9/7 14/16 20/6 23/15 24/12 25/12 26/5 29/8 31/18 38/6 40/7 42/21 50/13 56/10 59/20 60/5 60/9
wanted [5]  19/9 53/11 55/21 56/25 57/1
wants [2]  51/25 53/5
warrant [14]  9/19 11/8 12/22 13/4 13/16 14/20 19/6 23/3 24/9 24/13 24/21 25/19 29/12 60/21
warrants [2]  9/4 28/12
was [117]
wasn't [6]  33/2 41/21 50/2 55/19 58/12 58/17
way [3]  54/6 55/11 58/6
ways [2]  55/1 60/13
we [86]
We'll [1]  42/15
we're [6]  3/21 31/6 43/18 53/23 54/9 59/5
website [1]  31/11
week [7]  3/6 3/12 3/18 22/20 23/4 24/10 46/19
weigh [1]  50/17
weight [1]  61/6
WEIGLE [1]  1/9
well [6]  13/5 37/6 49/14 51/16 58/22 63/22
went [8]  32/25 37/7 41/11 47/18 49/10 52/17 60/3 61/25
were [89]
weren't [2]  27/21 61/14
what [61]  5/18 8/8 9/7 9/17 9/23 10/11 10/24 10/25 11/11 11/17 11/24 12/5 12/24 13/14 13/19 13/24 14/7 14/17 14/23 15/1 15/2 15/25 16/10 16/13 16/19 18/1 19/9 21/6 22/16 24/17 24/25 25/16 27/7 28/20 30/16 32/10 33/23 34/2 34/2 34/9 35/23 36/24 38/10 38/15 38/16 41/3 46/11 46/13 48/24 49/5 52/1 54/9 54/25 55/8 60/5 62/8 63/21 64/17 65/4 65/5 65/5
what's [11]  12/15 14/16 15/8 16/9 17/25 24/16 24/23 25/15 32/24 33/8 55/11
whatever [2]  51/25 53/5
when [15]  9/11 9/21 17/13 18/4 21/14 23/3 37/7 38/21 40/18 45/25 46/15 48/14 63/5 63/5 65/2
where [13]  5/16 12/17 12/19 14/25 49/6 52/6 52/10 53/4 54/2 58/15 61/14 61/18 61/25
Whereupon [1]  5/12
whether [7]  27/8 33/15 39/12 41/17

**W**

whether... [3]  47/19 53/10 54/7
which [21]  4/9 6/3 7/10 11/19 21/11
 21/16 36/22 37/14 38/14 46/25 50/4
 50/16 51/21 52/1 53/15 53/17 54/17
 55/3 55/21 56/16 58/8
while [3]  8/12 45/8 64/4
who [24]  12/7 12/18 14/1 14/14 23/18
 43/10 44/1 44/10 44/22 47/6 47/7 47/8
 47/20 47/22 48/10 48/11 48/18 50/1
 51/7 51/22 53/18 58/10 60/12 60/24
whole [3]  5/5 31/20 57/22
why [7]  3/22 50/5 50/21 54/17 55/3
 57/1 57/21
wife's [1]  16/23
will [21]  3/25 4/5 4/8 5/5 11/14 12/4
 13/6 13/9 15/13 31/5 47/2 49/17 51/21
 54/8 56/21 57/10 58/25 59/17 60/16
 64/3 65/17
willingly [1]  53/16
wired [1]  26/14
withdrawals [1]  22/9
withdrawn [3]  49/3 51/15 61/15
withdrew [2]  45/2 45/7
withholdings [1]  39/23
within [2]  15/4 35/18
without [1]  59/23
witness [7]  5/12 9/9 10/21 13/11 16/6
 17/22 26/21
won't [1]  4/10
word [1]  60/25
work [2]  47/6 54/8
worked [3]  5/20 6/17 20/5
working [2]  52/20 62/19
worth [3]  45/9 61/19 62/14
worth-of [1]  62/14
would [39]  7/5 7/9 7/19 7/25 10/14 12/9
 13/7 15/10 17/18 19/15 19/18 25/7
 25/25 33/17 35/18 35/23 38/23 39/1
 39/15 41/7 42/22 46/2 46/13 47/14
 49/12 50/5 50/13 50/21 51/17 52/15
 53/8 55/23 58/1 59/9 59/23 63/10 64/1
 64/12 64/16
wouldn't [3]  60/21 64/13 64/14
writing [1]  10/18
written [1]  30/7
wrong [1]  59/7

**Y**

Yeah [1]  29/3
year [8]  35/4 35/7 39/7 44/13 45/1
 45/22 46/9 61/16
years [11]  30/17 31/3 31/4 31/5 51/12
 51/23 55/13 56/8 61/13 63/14 63/18
yes [60]  4/16 5/24 6/9 7/22 8/7 8/19 9/2
 9/10 10/22 11/13 13/12 13/21 14/25
 15/24 16/15 18/10 18/13 18/15 19/5
 19/25 20/13 21/1 21/21 22/2 22/8
 22/23 24/15 24/22 25/6 25/14 27/2
 27/5 30/18 31/6 31/9 31/12 31/14
 31/17 31/24 32/6 32/18 33/10 34/21
 34/24 36/11 36/13 37/1 37/5 38/3
 38/20 39/11 39/21 40/24 41/5 41/7
 41/10 42/14 49/17 64/7 65/2
yet [7]  3/11 4/3 31/6 44/15 48/16 50/9
 63/14
York [2]  8/13 8/14
you [170]
you're [4]  5/5 9/13 12/12 38/13
you've [1]  24/21

your [44]  3/10 4/16 4/21 5/22 9/9 10/21
 12/8 12/15 12/24 13/10 15/10 16/6
 17/18 19/18 25/7 25/25 26/20 27/21
 28/12 30/19 33/2 35/2 35/10 36/1 38/3
 41/11 42/5 42/12 42/22 43/1 43/3 43/6
 43/17 44/9 45/24 47/1 48/3 48/21
 48/22 49/4 49/7 49/14 55/18 65/22